UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12708-MLW

PHILLIP TRINGALI )
   Plaintiff )
  )
V. )
  )
PAUL MARTIN AND JUMI LEE )
   Defendants )

## DEFENDANTS' MOTION TO DISMISS

The defendants, Paul Martin and Jumi Lee, hereby move to dismiss the plaintiff's complaint and incorporate as grounds therefor the legal issues set forth in Defendants' Memorandum in Support of Motion to Dismiss, which include the abstention doctrine, lack of jurisdiction, and the failure to satisfy the diversity requirements.

Certification

Pursuant to L.R. 7.1(A)(2), the undersigned counsel certifies that he conferred with plaintiff's counsel, Attorney Treger, on March 16, 2005, however, counsel were unable to resolve the issues involved in this Motion.

Request for Oral Argument

The defendants believe that oral argument will assist the Court and request oral argument of this Motion.

WHEREFORE, the defendants move that the plaintiff's complaint be dismissed with prejudice.

March 18, 2005

Attorney for defendants,

Roger S. Davis
BBO No. 116320
DAVIS & RUBIN
One Bowdoin Square
Suite 901
Boston, MA 02114-2919
(617) 742-4300

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument was served on the attorney of record for each other party at his respective address as shown on the pleadings of record herein by first class mail on _____ 3/18/05.

QDI9:USDC:MOTDISM