DISTRICT OF MASSACHUSETTS

                              CIVIL ACTION NO.:04-12708

PHILIP TRINGALI,
     Plaintiff

v.

PAUL MARTIN AND JUMI LEE,
     Defendants

### PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME FOR FILING OPPOSITION TO MOTION TO DISMISS

Now comes the plaintiff, Phillip Tringali, and hereby moves this Honorable Court to extend the time for filing his opposition to defendants' motion to dismiss until May 6, 2005. In support of his motion, the plaintiff states that his counsel shall commence a two week trial in Federal District Court in Worcester on April 4, 2005, and had another trial scheduled to commence directly after. There will be no prejudice to the defendants, who have assented to this motion.

Wherefore, plaintiff Phillip Tringali respectfully request that his motion be allowed, and that the time to file an opposition to defendants' motion to dismiss be extended to May 6, 2005.

```
RESPECTFULLY SUBMITTED,              Assented To:
Plaintiff Phillip Tringali,          Paul Martin
By his attorney,                     Jumi Lee
                                     by their attorney
/s/ Daniel Treger
Jeffrey J. Phillips, Esq.            /s/ RogerS. Davis, By DT_____
B.B.O. #398480                       Roger S. Davis
Daniel Treger, Esq.                  B.B.O. # 116320
B.B.O. #562147                       Davis & Rubin
Phillips & Angley                    One Bowdoin Square, Ste 901
One Bowdoin Square                   Boston, MA 02114
Boston, MA 02114
Tel. No. 617-367-8787

Date: April 1, 2005
```

CERTIFICATE OF SERVICEre

I hereby certify that I have served a copy of the foregoing to all parties or their counsel of record this day by mail.

```
Date:  April 1, 2005      /s/ Daniel Treger
                          Daniel Treger
```