AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Philip Tringali

v.

Paul Martin and
Jumi Lee

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04-12708 MLW**

SCANNED
DATE: 4-20-05
BY: K Boyce

FILED
CLERKS OFFICE
2005 APR 15 P 12:58


TO: (Name and address of Defendant)

Jumi Lee
2400 Lincoln Avenue #212
Altadena, CA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey J. Phillips, P.C.
Daniel Treger, Esq.
Phillips & Angley
One Bowdoin Square
Boston, MA   02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   12/28/2004

|    |                                                      |
|----|------------------------------------------------------|
| 1  | UNITED STATES DISTRICT COURT                         |
|    | EASTERN DISTRICT OF MASSACHUSETTS                    |

PHILIP TRINGALI )
) Case Number: 04-12708-MLW
)
) PROOF OF SUBSTITUTE
V. ) SERVICE
)
PAUL MARTIN )
JUMI LEE )
)
)
)

**PROOF OF SUBSTITUTE SERVICE**

At the time of service of process, I was over the age of eighteen years and not a party to the above entitled action. I am employed and/or contracted with American Eagle Attorney Service, Inc., in San Bernardino County, California. The business address is 8560 Vineyard Avenue, Suite 111, Rancho Cucamonga, California 91730.

I served the following documents: SUMMONS IN A CIVIL ACTION & COMPLAINT

Party Served: Jumi Lee

Person Served: Saya Yamaguchi/A, F, 5'04, 175lbs., 30yrs.

Relationship to Party Served: Person Authorized to Accept


Address where served: 2400 Lincoln Avenue, # 212, Altadena, California 91001


By leaving with or in the presence of:

☒ (Business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

On Date: February 28, 2005 at Time: 2:40 p.m.

///

PHILIP TRINGALI vs. PAUL MARTIN JUMI LEE

1
2  ☒ By mailing the copies to the person served, address as shown above, by first-class mail, postage
3  prepaid, on March 1, 2005 from Rancho Cucamonga, California.
4
5  I attempted personal service on the Defendant in this action, Jumi Lee, at the following times and at
6  the location stated above:
7  1.  On February 26, 2005 at 10:00 a.m. The business was closed.
8  2.  On February 28, 2005 at 8:45 a.m. The business was closed.
9  3.  On February 28, 2005 at 2:40 p.m., in accordance with the Massachusetts Code of Civil
10     Procedures, Section 4(d)1, service was effected on, Saya Yamaguchi, the person authorized to
11     accept, at the above stated time and at the location stated on the foregoing attached Proof of
12     Service.
13
14  I declare under penalty of perjury under the laws of the State of California that the foregoing is true
15  and correct.
16  Date: March :, 2005
17
18
19               F. Sloan/L.A. RCPS# 780
20               American Eagle Attorney Service, Inc.
                 8560 Vineyard Avenue, Suite 111
21               Rancho Cucamonga, Ca 91730
                 (909) 466-7272 (909) 466-7270 fax
22
23
24
25
26
27
28