# PHILLIPS & ANGLEY
ATTORNEYS AND COUNSELLORS AT LAW
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114
(617) 367-8787

JEFFREY J. PHILLIPS, P.C.
JEFFREY T. ANGLEY, P.C.
JONATHAN M. FEIGENBAUM*
CHRISTOPHER S. TOLLEY
DANIEL TREGER
STEPHANIE M. SWINFORD
KRISTEN M. PLOETZ

TELECOPIER (617) 227-8992

*ALSO ADMITTED IN DC AND CA

July 19, 2005

The Honorable Judge Mark L. Wolfe
Courtroom 5110
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: Phillip Tringali v. Paul Martin and Jumi Lee
    Federal District Court, No. 04-12708-MLW

Dear Judge Wolfe:

Pursuant to this Court's order of July 7, 2005, please be advised that while the plaintiff, Phillip Tringali assents to reference of this case to U.S. Magistrate Judge Collings for all purposes, after conferring with counsel for the defendants Paul Martin and Jumi Lee, it is my understanding that defendants do not so consent.

Respectfully submitted,
Daniel Treger, Esq.
Counsel for Plaintiff
Phillip Tringali

//Daniel Treger//
B.B.O. #562147

DT:ars
cc: client
    Roger Davis, Esq.
    Jeffrey J. Phillips, P.C.
L:\LITG\Trng001\wolfe.ltr.wpd