# DAVIS & RUBIN

ATTORNEYS AT LAW

ROGER S. DAVIS
JOEL S. RUBIN (1948-1991)

ONE BOWDOIN SQUARE
SUITE 901
BOSTON, MASSACHUSETTS 02114-2919
(617) 742-4300
FACSIMILE (617) 742-4304

July 20, 2005

Hon. Mark L. Wolfe
U.S. District Court
Courtroom 5110
1 Courthouse Way
Boston, MA 02110

Re: Phillip Tringali
Vs: Paul Martin, et al
No: 04-12708-MLW

Dear Judge Wolfe:

Please be advised that I concur with Attorney Treger's letter of July 19, 2005 regarding reference of the case to the Magistrate Judge for all purposes. The defendants do not consent to the proposed reference for all purposes.

Very truly yours,

Roger S. Davis

RSD:cat

cc:   Daniel Treger, Esq.

QDI10:USDC:MLW