# United States District Court
# District of Massachusetts

PHILIP TRINGALI,
    Plaintiff,

    V,                            CIVIL ACTION NO. 0412708-MLW

PAUL MARTIN,
JUMI LEE,
    Defendants.

## *PROCEDURAL ORDER*
## *ON MOTION OF DEFENDANT*
## *PAUL MARTIN TO COMPEL*
## *PRODUCTION OF DOCUMENTS (#12)*

COLLINGS, U.S.M.J.

    Upon a review of the papers filed, the Court is not satisfied that counsel have conferred to the extent necessary to reach, insofar as possible, agreement on the disputed items.  Accordingly, counsel are directed to confer FULLY and COMPLETELY and IN PERSON in a good-faith attempt to reach agreement on the items which remain in dispute and file a joint status report with the

Court *on or before the close of business on Friday, September 9, 2005.* If complete agreement can be reached, counsel shall so state in the report and the Court will act accordingly. If agreement cannot be reached, the report shall state *with specificity* the documents which plaintiff seeks and which the defendant refuses to produce together with a brief (one or two sentence) explanation of why the documents are sought and why the defendant will not produce them.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: August 15, 2005.