UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP TRINGALI            )
    Plaintiff            )   C. A. NO. 04-12708-MLW
                         )
V.                           )
                         )
PAUL MARTIN AND JUMI LEE     )
    Defendants           )

**MOTION OF DEFENDANT PAUL MARTIN
FOR EXTENSION OF TIME TO RESPOND TO
INTERROGATORIES AND REQUESTS FOR PRODUCTION**

    The defendant, Paul Martin, moves for an extension of time to and including October 31, 2005 to respond to Plaintiff's First Request for Production of Documents and to Plaintiff's First Set of Interrogatories and states as follows:

1.    This action was commenced by the plaintiff, Phillip Tringali ("Tringali"), against the defendants, Paul Martin ("Martin") and Jumi Lee ("Lee"), on December 27, 2004.  The complaint sets forth two causes of action, Count I for alleged breach of fiduciary duty and Count II for slander.

2.    On March 15, 2005, the defendants filed Defendants' Motion to Dismiss and a Memorandum in Support of Motion to Dismiss as to both Count I and Count II.  Tringali subsequently filed an opposition and the defendants filed a reply brief to the opposition and presently that Motion to Dismiss is pending before the Court and has not yet been acted upon.

3.    On September 14, 2005, plaintiff served certain discovery documents on Martin's counsel: Plaintiff's First Request for Production of Documents to Defendant Paul Martin and Plaintiff's First Set of Interrogatories Propounded to Defendant Paul Martin.  The discovery requests seek information and documents all of which appear to pertain to Count I.

4.    The defendant Martin is situated in California, travels extensively for business and is presently out of the country.  Further, the additional time is

needed to confer and discuss with Mr. Martin in order to respond to the discovery requests.

5.      Notwithstanding the foregoing, it appears from examination of the interrogatories and requests, many of the same involve Martin's confidential or proprietary information, Martin is informed and believes that the plaintiff Tringali represents a company in direct competition with the defendants and Martin's counsel has informed Tringali's counsel, Attorney Treger, that it may be necessary for Martin to file a motion to stay certain of the discovery requests pending a determination of the Motion to Dismiss as to Count I.

6.      It appears that the responses to the requests and interrogatories would be otherwise due on October 14, 2005 and Martin's counsel has requested from Attorney Treger an extension of time to October 31, 2005, which Attorney Treger has refused to grant.  Accordingly, the filing of this motion is necessary.

<u>L.R. 7.1 Certification</u>

The undersigned certifies that on the afternoon of September 27, 2005, he called Attorney Treger, informed Attorney Treger, as he has done previously, that certain of these document requests and interrogatories would involve confidential and proprietary information of his clients, that we believe that plaintiff Tringali represents a company in competition with the defendants, but that in any event, it would take additional time to determine which of the discovery requests involve confidential or proprietary information.  Attorney Treger was unwilling to grant an extension to October 31, 2005.

WHEREFORE, the defendant Martin prays that this Motion be allowed and the time for responding to the subject interrogatories and requests for documents be extended to and including October 31, 2005.

3

September 28, 2005                           Attorney for defendants,

                                                                   /s/Roger S. Davis/s/
Roger S. Davis
BBO No. 116320
DAVIS & RUBIN
One Bowdoin Square
Suite 901
Boston, MA  02114-2919
(617) 742-4300