UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP TRINGALI           )
    Plaintiff            )            C. A. NO. 04-12708-MLW
                             )
V.                         )
                             )
PAUL MARTIN AND JUMI LEE    )
    Defendants           )

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER AS
TO CONFIDENTIAL AND PROPRIETARY INFORMATION**

    The defendants move for a protective order as to discovery of certain confidential and proprietary information with regard to requests for documents and interrogatories propounded by the plaintiff, and state as follows:

**Prior Proceedings**

1.    This action was commenced by the plaintiff, Phillip Tringali ("Tringali"), against the defendants, Paul Martin ("Martin") and Jumi Lee ("Lee"), on December 27, 2004. The complaint sets forth two causes of action, Count I for alleged breach of fiduciary duty and Count II for slander.

2.    On March 15, 2005, the defendants filed Defendants' Motion to Dismiss and a Memorandum in Support of Motion to Dismiss as to both Count I and Count II.

3.    In the Motion to Dismiss the defendants assert that the complaint should be dismissed based upon lack of jurisdiction, that Tringali has failed to establish diversity jurisdiction and failed to show within the four corners of the complaint that the amount of controversy is greater than $75,000.

4.    On May 6, 2005, Tringali filed Tringali's Opposition to Motion to Dismiss or in the Alternative for Summary Judgment.

5.    Subsequently, defendants obtained leave and filed Defendants' Motion to File Reply Brief to Tringali's Opposition to Motion to Dismiss on May 24, 2005.

6.    On September 14, 2005, plaintiff served certain discovery documents on defendants counsel: Plaintiff's First Request for Production of Documents to

Defendant Paul Martin and Plaintiff's First Set of Interrogatories Propounded to Defendant Paul Martin.

7. The document requests and interrogatories propounded by the plaintiff relate to the claims and defenses as to Count I.

8. Defendants are now filing herewith this Motion for a Protective Order due to the fact that certain of the requests for production and certain of the interrogatories seek information and documents which are proprietary and confidential to the defendants' business.

9. Should the Court allow the Motion to Dismiss in its entirety or as least as to Count I, the defendants will be prejudiced by the disclosure of the confidential and proprietary information to the plaintiff in advance of the allowance of such motion. Therefore, the defendants seek an order of this Court to stay discovery as to those requests and interrogatories set forth below, until such time as the Court has ruled on the pending Motion to Dismiss, particularly as to Count I.

10. The defendants seek the stay as to the following numbered requests and interrogatories.

>Request Nos. 1, 2, 3, 4, 6, 8, 9, 11, 12, 13, 17, 18, 19, 20 and 22.
>Interrogatory Nos. 1, 2, 4, 5, 6, 7 and 13.

In support of this Motion, the defendants have filed herewith Defendants' Memorandum in Support of Motion for Protective Order as to Confidential and Proprietary Information.

**Supporting Documents**

In supprot of this Motion the defendants have filed herewith the following supporting documents:

1. Affiavit of Paul Martin in Support of Defendants' Motion for Protective Order.

2. Defendants' Memorandum in Support of Motion for Protective Order as to Confidential and Proprietary Information with the following exhibits:

>A. Tringali deposition September 12, 2005, Page 5;

2

    B.    PT Technology document;

    C.    NanoSpec 6100 specifications;

    D.    NanoSpec 3000 specifications;

    E.    Competitive Comparison;

    F.    Proposed Protective Order.

### **Certification**

In accordance with L.R. 7.1(A)(2), the undersigned certifies that on September 14, 2005, he conferred with plaintiff's counsel, Attorney Treger, but was unable to resolve the issues which are the subject of this Motion.

### **Request for Relief**

The defendants request relief alternatively as follows:

1. That this Motion be allowed and the Court enter an order staying discovery as to those requests for documents and interrogatories set forth in Paragraph 10 hereinabove, until such time as the Court has ruled upon the pending Motion to Dismiss, particularly as to Count I of the complaint.

2. Alternatively, that should the Court determine not to stay the discovery, that the Court enter a protective order in the form attached to the Memorandum in support of this Motion as Exhibit "F."

November 8, 2005                                                                Attorney for defendants,

                                                                                    /s/Roger S. Davis
                                                                    Roger S. Davis
                                                                    BBO No. 116320
                                                                    DAVIS & RUBIN
                                                                    One Bowdoin Square
                                                                    Suite 901
                                                                    Boston, MA  02114-2919
                                                                    (617) 742-4300

QDI11:USDC:MQTPO