UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP TRINGALI )
    Plaintiff )          C. A. NO. 04-12708-MLW
 )
V. )
 )
PAUL MARTIN AND JUMI LEE )
    Defendants )

**ADDENDUM TO
DEFENDANT PAUL MARTIN'S OPPOSITION TO PLAINTIFF'S
MOTION TO COMPEL ANSWERS TO INTERROGATORIES
AND PRODUCTION OF DOCUMENTS**

On Page 3 of Defendant Paul Martin's Opposition to Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents, Argument No. 1, reference was made to the failure of the plaintiff, Phillip Tringali, to respond to defendant Jumi Lee's First Request for Production of Documents. Shortly after filing the subject Opposition, defendants' counsel received Tringali's response to the request for documents.

November 18, 2005                Attorney for defendant,


                        /s/Roger S. Davis
                  Roger S. Davis
                  BBO No. 116320
                  DAVIS & RUBIN
                  One Bowdoin Square
                  Suite 901
                  Boston, MA  02114-2919
                  (617) 742-4300