UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12708-MLW

| | |
|---|---|
| PHILLIP TRINGALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL MARTIN AND | ) |
| JUMI LEE, | ) |
| | ) |
| Defendants | ) |

## PLAINTIFF PHILLIP TRINGALI'S VERIFIED OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

_____On November 2, 2005, Plaintiff filed his Motion to Compel Answers to Interrogatories and Production of Documents.  (Docket No. 26).  On November 8, 2005, Defendants filed their Motion for a Protective Order, and supporting materials.  (Docket No. 27-29).  On November 17th, Defendants filed an Opposition to Plaintiffs' Motion to Compel.  (Docket No. 30).  Plaintiff now files his Opposition to Defendant's Motion for a Protective Order.  In the interests of efficiency, Plaintiff will not restate material contained in his pending motion to compel (Docket N o. 26), but will refer to it, and incorporates it herein by reference.

## BACKGROUND

Plaintiff Phillip Tringali respectfully refers the Court to the background facts set forth in his motion for a protective order.

I.    **DEFENDANTS HAVE FAILED TO SHOW GOOD CAUSE FOR A PROTECTIVE ORDER**

   A.    **THE INFORMATION PLAINTIFF SEEKS IS RELEVANT**

Plaintiff has explained thoroughly the relevancy of the disputed discovery in his Motion to Compel, and respectfully refers the Court thereto. Plaintiff further states that Courts have consistently applied the expansive definition of relevancy normally applicable to Fed.R.Civ.P. 26, even in cases dealing with the discovery of confidential information.

## B.    DEFENDANTS HAVE FAILED TO MAKE A SPECIFIC FACTUAL SHOWING OF POTENTIAL HARM

Defendants have the burden of establishing good cause for the protective order they seek. To do so, defendants must demonstrate a specific factual basis for potential harm. Ares-Serono, Inc. v. Organon International, 151 F.R.D. 215, 219 (D.Mass. 1993). Good cause is established by demonstrating "a clearly defined and serious injury" resulting from disclosure. Glenmede Trust Co. v. Thompson, 56 F.3d 476, 483 (3d Cir.1995). A moving party may not establish good cause through conclusory statements. Anderson v. Cryovac, Inc., 805 F.2d 1, 8 (1st Cir.1986). Rather, "The court must find that definite criterial have been satisfied before issuing a protective order." Koster v. Chase Manhattan Bank, 93 F.R.D. 471, 479-480 (S.D.N.Y. 1982).

Defendants have failed to meet this burden. Their motion is based upon the conclusory assertion that because Tringali is a manufacturer's representative for a competing manufacturer, disclosing confidential information will put them at a competitive disadvantage. Defendants have failed to provide the specific factual support necessary to establish good cause.

### *TRINGALI AND CRAIC ARE NOT COMPETITORS*

Central to defendants' motion is their claim that Tringali competes with CRAIC and QDI in the microspectrophotometer business, and that disclosing confidential information to him will therefore cause them "irreparable" economic harm. They support their claim with conclusory

assertions, and by a superficial "competitive analysis" of selected products that is based upon inaccurate and misleading information.

In reality, Tringali represents seven manufacturers of instruments and equipment used in the semiconductor manufacturing industry. One of these seven, Nanometrics, Inc. is a leading supplier of advanced, integrated and stand-alone metrology equipment for the semiconductor industry. While Nanometrics does manufacture microspectrophotometers, it does not compete directly with QDI/CRAIC. Nanometrics products are not comparable with QDI/CRAIC's products. QDI/CRAIC makes low end, multi-use, table-top microspectrophotometers designed primarily for the sciences, forensic analysis and document analysis, as were S.E.E., Inc's products.[1] See Exhibit "1", CRAIC internet posting with the LA County Business Technology Center. Of the 60 publications listed on CRAIC's website, only two relate to semiconductor manufacturing. Exhibit "2", CRAIC internet posting. In contrast, Nanometrics' microspectrophotometers are designed and equipped exclusively for use in semiconductor manufacturing. Specifically, Nanometrics uses microspectrophotometers in devices that measure the thickness and uniformity of microprocessor film coatings, critical integrated circuit dimensions and layer-to layer integrated circuit alignment during various steps of the semiconductor manufacturing process.[2] Exhibit "3", Nanometrics internet posting.

Nanometrics' primary focus in this area is on large, automated and stand-alone film

---

[1]Please refer to background set forth in Docket No. 26.

[2]Thin-film deposition is any technique for depositing a thin film of material onto a substrate or onto previously deposited layers. Integrated circuits are formed from layers of insulators, semiconductors, and conductors deposited on silicone or other substrates. http://en.wikipedia.org/wiki/Thin-film_deposition. Nanometrics systems analyze such film coatings during the semiconductor manufacturing process.

analysis systems.  Nanometrics produces only two table-top systems; the NanoSpec 3000, and the Nanospec 6100.  Only one of these products, the NanoSpec 3000,  is remotely similar to QDI/CRAIC's products.  The Nanospec 6100 is an automated film analysis system that uses a motorized, computer operated  sample stage and auto-focus to automatically generate film thickness maps, in essence topographical maps of semiconductor film samples up to nine square inches in size.  Exhibit  "4", NanoSpec 6100 internet posting.  It uses proprietary software to operate the motorized components, and to analyze the data and generate the maps.  QDI/CRAIC offers no automated systems.  Exhibit "5", QDI 202 and 2000 internet postings.

The NanoSpec 3000 is Nanometrics' only manual, table-top film analysis system.  Exhibit "6", NanoSpec 3000 internet posting.  Sales of this system represent less than two percent of Nanometrics' sales.  While QDI/CRAIC's instruments are capable of measuring film thickness, they are not, as Paul Martin claims, superior competing products of the NanoSpec 3000.  The features Martin swears make QDI/CRAIC's products superior to the NanoSpec 3000 are not technological advancements that represent superior innovation or function.  Rather, they are different functional features that reflect the different intended markets of the products.  QDI/CRAIC's products are capable of testing one micron samples, and of performing flouresence and transmission microspectrophotometry because those features are essential to the forensic and scientific applications for which QDI/CRAIC's products are primarily intended.  Nanometrics' film analysis systems to not have these features because they are seldom used in semi-conductor film analysis.  Representing these features as technological innovations is especially inappropriate because Mr. Martin knows they are not.  Nanometrics incorporated these same features into its forensic microspectrophotometers until 1996, when it abandoned the

4

forensic market.[3]  Martin knows this; he worked for Nanometrics at the time.

Most importantly, as Martin admits in his supporting affidavit, QDI/CRAIC does not yet compete in the semiconductor industry: "We have now developed a product *that will allow us to enter the film thickness/semiconductor market. . .."* Martin's Affidavit, ¶ 11.  Similarly, CRAIC's internet posting with the LA County Business Technology Center states that, *"CRAIC is investigating new markets* such as biomedical research - including vision research, neurological analysis, and cancer research,  *- and the semiconductor markets."*  See Exhibit "1".  Nor is there any evidence that CRAIC is presently making a concerted effort to enter the semiconductor market.  According to its web site, CRAIC will attend five trade shows Between November 2005 and September 2006, three sponsored by forensic science associations, and two sponsored a laboratory and analytical instrument trade group.  Exhibit "7", CRAIC internet posting, Analytica internet Posting.  CRAIC has not announced that it will attend *any* semiconductor manufacturing trade shows, which include Semicon Japan in December 2005, Semicon Korea in February 2006, Semicon China in March 2006, ASCM 2006 in Boston in May 2006, and Semicon West in San Jose in July, 2006, to name a few.

### DEFENDANTS HAVE FAILED TO SHOW A SPECIFIC INJURY

That CRAIC has the potential to compete with Nanometrics for a tiny segment of its Market does not entitle defendants to a protective order.  Defendants must show  "a clearly defined and serious injury" resulting from disclosure. Glenmede Trust Co. v. Thompson, 56 F.3d 476, 483 (3d Cir.1995).   This they cannot do. *That CRAIC may be planning to enter this*

---

[3]With the exception of the minimum sample size, which was slightly larger at that time.

***market is irrelevant because plaintiff's discovery is limited in time to events and documents***

***occurring on or before March 22, 2004.***   Defendant has made absolutely no attempt to explain

how release of information dating back eighteen months or more might impact its prospective

entry into the semiconductor market.  According to CRAIC's website, CRAIC\QDI did not

introduce a film thickness software package until August 25, 2004, and did not introduce the QDI

2000 until March 11, 2005.  Exhibit "8", CRAIC internet posting.

      Defendants have also failed to distinguish between the several different classes of

documents and information plaintiff has requested.  These comprise technical information,

financial information, and records of contacts with former S.E.E. vendors, and distributors and

customers, ranging in age from 18 months to over three years.  By asking the Court to treat all of

their information identically, regardless of age or substance, defendants have failed to establish a

specific basis for potential harm with respect to any single class of information sought.. Ares-

Serono, Inc. v. Organon International, 151 F.R.D. 215, 219 (D.Mass. 1993).  Their motion to

compel should be denied.

      **C.**      **DEFENDANTS ARE NOT ENTITLED TO A STAY**

      Defendants' claim that plaintiff is not entitled to discovery until there is an "immediate

need" is unjustified and unfair.[4]  Plaintiff has already addressed this argument in his Motion to

Compel (Docket No. 26) in his opposition to defendants' Motion for An Extension (Docket No.

20), and respectfully refers the Court thereto.  Since that time, however, defendant Jumi Lee has

moved for partial summary judgment before discovery has been completed.  In response to

---

[4]It is also unsupported by law.  The "immediate need" language in Duplan v. Deering
Millikan, Inc., 397 F.Supp. 1146 (1974) predates the present edition of the Federal Rules of Civil
Procedure, which imply no such requirement on discovery of relevant, confidential information.

plaintiff's Fed.R.Civ.P. 56(f) affidavit, Lee has filed a reply arguing that plaintiff is not entitled to complete discovery before responding to her summary judgment motion because he has had ample time to investigate his claims. (Docket Number 25, page 3, 3rd paragraph).    Defendants now argue that plaintiff is not entitled to commence discovery because the case is still in its "early stages."

This duplicitous rhetoric serves no legitimate purpose.  Defendants' motion is another attempt delay this litigation, and to inflict undue costs upon the plaintiff.  It is important to note that defendants flatly refused to discuss a protective order until plaintiff filed his motion to compel.  Now, based solely on conclusory statements and ad hominem attacks upon the plaintiff, the defendants seek the most draconian of protective orders, one that would limit disclosure to plaintiff's counsel, and "consultants," without distinction.  This would effectively preclude the plaintiff from assisting his counsel in preparing his case, forcing counsel to rely upon " "consultants" to do so.  Defendants do not explain how such "consultants" will make sense of non-technical  contact and marketing information, the relevance of which would only be known to the plaintiff.   It is painfully clear that defendants are not seeking to protect their legitimate business interests, but to prevent the plaintiff from seeking redress in this court.

## CONCLUSION

_____Wherefore, plaintiff Phillip Tringali respectfully requests that Defendants' Motion for A Protective Order be Denied, and that plaintiff be awarded his considerable legal fees associated with bringing his motion to compel and defending this motion.

RESPECTFULLY SUBMITTED
Phillip Tringali
By his attorneys,

Date:   November 23, 2005

//Daniel Treger//_____
Jeffrey J. Phillips, Esq.
B.B.O. #398480
Daniel Treger, Esq.
B.B.O. #562147
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. No.: (617) 367-8787

## VERIFICATION

Now comes the plaintiff, Phillip Tringali, and in lieu of filing an affidavit hereby attests

under the pains and penalties of perjury to the truth of the factual statements set forth herein.

Date:   November 23, 2005

//Phillip Tringali//___
Phillip Tringali

## LOS ANGELES COUNTY COMMUNITY DEVELOPMENT COMMISSION
### BUSINESS TECHNOLOGY CENTER

HOME

FACTS

ADMISSION & SERVICES

CORPORATE SPONSORS

TENANTS & AFFILIATES

ADVISORY COMMITTEE

MENTORING COMMITTEE

AFFILIATE PROGRAM

CALENDAR

CONTACT US

LINKS

VIRTUAL TOUR

PRESS

## Tenants

Arecont Vision | Baywalk Web Development | Craic Technologies | Customized Therapuetics, LLC | IA Tech | IGP Technologies | LeisureLink | Microwave Bonding Instruments | Millennium Paper Corporation | Next Dimension Technologies | Pasadena Angels | Qwip Tech | The MacNeal Group | StereoVision Imaging | Synatronic | Techital | Thermal Limits | Unified Dispatch | Umachines | ViaLogy | ViaSpace

## Affiliates

61 Systems | Advance Mentoring | Advanced Planning Systems | Atzio Technology | Clydon Corporation | Edutainu | Fluid Blue Media | iApplication Technologies | Merced Solutions | myteachersgradebook.com | PetTrax | SentryCom | TouchScan Corporation | Taldia | Unwired Plus | Word of Mouth | Xaveon Corporation

## Graduates

3Fold Ventures | Best Web Buys | Boobay.com | Corporate Legal Standard Equigene Research | FactoryEdge | GameWorld/PureVis | Goldstar Events Hightower Software | Indie Buyer | MedRule | Primera Technologies | Raypax | SpectraSensors | TLC Watch





Arecont Vision develops and manufactures state-of-the-art, high-resolution digital video systems, cameras and associated system-level software for video surveillance and monitoring. Arecont Vision's newest product is the low-cost AV2000 video surveillance system, which delivers digital HDTV imagery - at video rates - across local area networks. The AV2000 is enabled by MegaVideo(tm) technology, which leverages dedicated massively-parallel image processing architecture and represents a significant departure from traditional analog and network camera designs.

**Michael Kaplinsky, CEO • www.arecontvision.com**

---



**Baywalk Web Development**

Baywalk Web Development offers a personalized, relationship-based approach to creating customized websites for small businesses and non-profit organizations. Focused on these distinct market segments, Baywalk provides the one–to–one service that smaller organizations require. Comprehensive products and services include web hosting and Internet consulting.

**Dean Tripodes, CEO · www.baywalk.net**

back to top

---



Craic Technologies develops and manufactures microspectrophotometers - optical tools which measure and analyze both organic and inorganic substances, in the ultraviolet (UV), visible and near-infrared (NIR) regions. Craic's microspectrophotometer can take spectra of samples as small as 2 microns across. Many samples, such as fluorescence, transmission and reflectance spectra can be acquired non-destructively from any microscopic sample. Craic manufactures scientific grade systems in addition to specialized systems for forensic analysis and questioned document spectral characterization. Craic is investigating new markets such as biomedical research - including vision research, neurological analysis, and cancer research – and the semiconductor markets.

**Paul Martin, President · www.microspectra.com**

back to top

---



Customized Therapeutics, LLC (CTL), is a unique hybrid biopharmaceutical / healthcare delivery company that is developing innovative tools, products and novel healthcare delivery processes for application to patients with catastrophic and complex illnesses.

The company's core expertise is in the use of human tissue specimens and clinical information to customize services for corporate entities and therapeutic products for patients with serious illnesses. The company seeks to be a pioneer and global leader in the integrated development and delivery of genome-based innovative ideas, products and processes, that are effectively harnessed to clinical medicine and delivered safely and in real time to individuals with disorders such as cancer.

**Dr. Oluwole O. Odujinrin, CEO · www.ctlglobal.com**

back to top

## IA Tech, Inc.

IA Tech specializes in distributed and fault-tolerant systems, intelligent agents, user interface, and robotics technologies used in virtual reality simulation; Internet collaborative planning; and guarded software upgrading methodology for seamless and dependable space borne missions or long distance software upgrades.

IA Tech's Web Interface for Telescience (WITS) software was used for the NASA 2003 Mars Exploration Rover. The WITS software enables scientists to collaborate over the Internet in order to plan and direct the rover and related scientific instruments. It enables mission scientists at various institutions to view down linked science data, plan command sequences, and visualize the simulated execution in 3D. WITS was used successfully for the Mars Polar Lander Mission for generation of command sequences for the Robotic Arm and Robotic Arm Camera. WITS is in development for use in both the design and manufacturing industries, as well as training and electronic entertainment.

**Ann Tai, President · www.ia-tech.com**

back to top



igotpain.com is a web-based company dedicated to the efficient delivery of reliable health information. igotpain.com utilizes an innovative and unique medical self-diagnostic software, ODE, as its primary technology. ODE is made possible through the use of the patented intelligence gathering ELICIT technology, which emulates expert human decision-making in non-precise systems. ELICIT is a highly adaptable system, making it useful in a multitude of applications, with immense potential in areas of medicine, veterinary medicine, customer service, auto diagnostics, and other decision-related fields. The ELICIT technology can be implemented cross-platform and delivered through a number of devices (i.e. personal computer, the Internet, PDA, in-car, etc.). Medicine and the health care industry is the first field using the ELICIT technology. igotpain.com's technology learns, grows and continues to achieve greater accuracy in diagnosing the correct medical condition based on consumer responses to its intuitive questioning, with a current accuracy of 96%.

**Sajid Ahmed, Co-Founder and CTOs · www.igptech.com**

back to top



LeisureLink, a travel technology and distribution company has developed a Global Distribution System (GDS) for the vacation rental and time-share industry.  Currently, no central directory exists for locating or reserving vacation rentals.  LeisureLink's GDS  positions the company as the leading electronic marketplace for researching, buying and selling vacation rentals. LeisureLink provides a scalable underlying technology infrastructure that enables vacation rental suppliers and travel distributors to transact in a reliable and secure environment.

The Internet now gives LeisureLink the capability to provide the vacation

rental industry with the same global reach of airlines and large hoteliers.

**Kelly Tompkins, CEO**  ·  **www.leisurelink.com**

---

back to top

## The MacNeal Group

The MacNeal Group has developed a commercial version of the NASTRAN program — utilizing a numeric technology associated with technology developed by NASA for validating the structure of the Saturn V rocket used in the Apollo space program.  This commercial version is used to produce virtual prototype testing during the engineering design phase of product development. This system includes a full set of legacy NASTRAN capabilities as well as new simulation technologies, and contains many unique capability and data processing features.

This computer-aided-engineering software system builds on a base of NASTRAN technologies that have been proven to provide reliable product design and manufacturing process simulations in the automotive, aerospace and special machinery industries for nearly four decades. MacNeal is employing an integration partnership strategy to ensure that NASTRAN maintains plug-in compatibility with the wide variety of complementary components (GUI's, CAD, CAT, specialized simulation disciplines, PDM, etc.) that businesses are using in their global CAE processes.

**Mark Kenyon , CEO · www.macnealgroup.com**

---

back to top



Microwave Bonding Instruments (MBI) provides microwave-based technology solutions for the microeletronic chip packaging and integrated circuit packaging industry.

MBI is a micro chip assembly and packaging technology designer and equipment manufacturer, offering integrated circuit manufacturers and micro-electro-mechanical systems (MEMS) researchers, a patented technology to increase the number of interconnections possible between devices, resulting in improved device functionality and chip size reduction. The company's mission is to become the primary source of assembly

equipment for advanced integrated circuit packaging applications. Industries served include telecommunications and consumer electronic devices, and can also be applied to smart cards, flash ram, optical switches and wireless component integration. This technology was developed by MBI founders while at the Jet Propulsion Laboratory.

**Nasser Budraa , CEO**  ·  **www.microwavebonding.com**

back to top

### Millennium Paper Corporation

Millennium Paper Corporation develops and commercializes efficient, reliable and innovative inkjet cartridge remanufacturing technologies, under their SunDragron Inkjet Cartridges brand. This brand is sold in the U.S., Europe, and Asia, where MPC works with its strategic partners on manufacturing new chips and chip setting devices that "reprogram" the smart chips in used inket cartridges.

**Sunny Sun, President** · **ss_mpc@yahoo.com**

back to top



Next Dimension Technologies (NDT) provides vapor detection solutions for complex chemical sensing applications. The company's technology is based on a revolutionary approach to array-based sensing that has been developed over a 10-year period at Caltech. Using advanced materials and powerful signal processing algortithms, NDT's gas detection systems can address many applications where no satisfactory solution currently exists. Relative to previous generations of sensor arrays, NDT's new generation of sensors are significantly more sensitive, extremely rapid, and highly cost-effective. The company is currently developing vapor detection solutions for the medical diagnostic, oil and petrochemical, and safety and defense industries.

**William Royea, President** · **www.nextdimensiontech.com**



The Pasadena Angels, Inc. is a non-profit entity which provides a forum where young companies developing their business and financing plans can get counsel from experienced entrepreneurs, senior corporate executives, skilled professionals from a variety of industries and accredited investors. Pasadena Angels charges such companies no fees of any kind and provides its services to companies which it believes have a solid core management team, significant potential for success, and receptiveness to coaching and the group's inputs.

The Pasadena Angels members have strong ties to the local business community and experience, networks and relationships that can contribute to a young company's success. Frequently, Pasadena Angels members come to serve on advisory bodies or boards of directors of companies which participate in the Angels' review process. This participation facilitates the type of strategic and financial planning required in the initial growth phases of new business ventures.

**Dwayne Peterson, Co-Founder · www.pasadenaangels.com**

---

back to top



QWIP Technologies LLC holds the exclusive worldwide license (except for medical diagnostic applications) to manufacture and sell bound-to-quasibound Quantum Well Infrared Photodetectors, otherwise known as QWIP-Chip Focal Plane Arrays (FPAs). The underlying technology was developed over the past 10 years at NASA's Jet Propulsion Laboratory with over $15 million of government R&D investment. This infrared technology is one of the most cost effective highly sensitive technologies available in the market today.

The company's mission is to become the global leader in the design, manufacture, and sale of QWIP FPAs, and the sensors, cameras, and

systems built around them. QWIP Technologies also plans to be a provider of value-added manufacturing and consulting services to the infrared industry. QwipTech's patented technology was inducted into the Space Technology Hall of Fame in 2001.

**Barbara McQuiston, CEO · [www.qwip.com](www.qwip.com)**

back to top

 StereoVision Imaging, Inc. (SVI) is engaged in research and development of hand-held stereoscopic imaging systems. SVI developed a new, patented, state-of-the-art technology that bridges conventional binocular design with digital camera technology. It also complements emerging 3-D advancements. This imaging system is the foundation of the Digital Binocular OptoVuTM.

SVI's hand held 3-D imaging system looks and feels much like traditional binoculars. However, it also incorporates a solid-state stereoscopic imaging system to view and digitally record magnified stereo images; playback images in 3-D; as well as display images to an audience in 3-D with stereo sound. Still images or full motion video may be recorded through this device while continuing to observe, track or keep an image under surveillance.

**[www.stereovisioninc.com](www.stereovisioninc.com)**

back to top



Synatronic, Inc. offers intelligent signal processing capabilities based on patented technologies that combine the principles of brain function with engineering ingenuity.  Synatronic's Dynamic Synapse technology is a vigorous and efficient method of extracting essential information from signals, even when they are severely corrupted by noise.  Synatronic has developed numerous applications based on this technology, including speech recognition, speaker identification, medical signal analysis, and sensor data fusion. There are a wide variety of other applications for Synatronic's technology in both industry and business.

**Jim Liaw, CEO • www.synatronic.com**

back to top



Techital provides computer technology solutions to high technology companies and professional firms. Techital offers data network design and installation, data center management, computer system upgrades and migrations, application development, and a range of custom Internet connectivity solutions. Techital's experienced and certified network engineers also consult with clients on network and system security, disaster recovery, data technologies integration, and data protection.

**John H. Payne, CEO · www.techital.com**

back to top



**"Giving ordinary materials the ability to pass the torch test…"**

Thermalimits develops and commercializes inorganic composite materials and application technology to protect materials and structures from damage by temperatures up to 1,600°C. Thermalimits' patented fire protection coating is environmentally friendly from cradle to grave, mechanically tough, exceptionally long lasting, and low-priced. Initially, Thermalimits' product is being used to protect electric-utility wood poles against wildfires.

**Dr. Alonso Rodriguez, CEO · alonsor@earthlink.net**

back to top



Umachines, Inc. develops MEMS-based components for the optical
industry. Devices such as small port count, Telcordia GR-1221 qualified
MEMS-based switches and small array switches are available to optical
networking packagers, equipment vendors and test and measurement
companies. By leveraging its core competency in micromachining and
patent pending processes, Umachines manufactures these switches in
volumes far greater - and at lower prices - than currently possible.

**Tom Tsao, President & Co-founder · www.umachines.com**

back to top



Unified Dispatch (UDI) provides next generation voice recognition, call
center, and wireless technologies to the transportation, courier, delivery
and service industries.

Core products include UniBook, a speech recognition system that allows
customers to automatically book orders and request status checks for a
taxi, limo, shuttle, or delivery; and UniCall, a next-generation call center
platform that enables centralized call handling and dispatching. UDI
systems integrate with any of the leading fleet dispatch systems, reducing
installation costs and allowing fleet operators to maintain existing
infrastructure.

Unified Dispatch provides next-generation voice recognition, call center,
and wireless technologies to the transportation, courier, delivery, and
service industries.

**Dan Tampkin , CEO · www.unified-dispatch.com**

back to top



*Bringing Science to Life*

ViaLogy discovered, patented, and developed a computational technology that improves the performance of critical research instruments and platforms in the drug discovery and development industry.  The Company's Active Signal Processing technology can detect signals that are up to 10,000 times lower than background, a paradigm shift in the industry.

The company developed five products that impart immediate, cost effective improvements that can result in increased product sales and market capitalizations for ViaLogy clients, greater net present value for new drugs in development, and reduced time and cost for drug target discovery, target validation, drug discovery and clinical development.

**www.vialogy.com**

back to top



**Direct Methanol Fuel Cell**
**IONfinity**
**Qwip Technologies**
**SpectraSensors**
**ViaLogy**

ViaSpace Technologies was formed in July 1998 with the objective of transforming technologies from the Jet Propulsion Laboratory (JPL), Caltech, and other advanced technology centers into profitable commercial enterprises. ViaSpace Technlogies has a diversified high tech portfolio that includes microelectronics, sensors, photonics, energy, life sciences, information technology and e-finance.

ViaSpace is a demand-driven technology commercialization firm. ViaSpace seeks and selects technologies for commercialization based on their ability to satisfy well-defined unmet market needs. ViaSpace has raised $25 Million for 5 of their companies.

**Carl Kukkonen, President** · **www.viaspace.com**

back to top

---

# A F F I L I A T E S

---



61Systems specializes in the design, development, and integration of advanced sensor systems for use in the national and homeland security field. The sensor systems will be based on unique enabling hardware but will also include advanced decision tools to improve dramatically the accuracy of the classification process. Our endpoint will be the deployment of these sensors systems in the field to solve these very important and challenging problems.

**David C. McGill, President** • **www.61systems.com**

---

back to top



Advance Mentoring offers mentoring opportunities for individuals, companies, and organizations. For companies and organizations we set up customized mentoring programs. The programs are both unique and cost-effective with a quick implementation. For individuals, Advance Mentoring is a venue where professional mentoring relationships take place. Currently, mentors and mentees (those looking for a mentor) match in

over 45 industries with members in over 40 countries. Relationships are formed based on a best fit of industry, skills, experience, and personality: all analyzed to create the best possible match.

Additionally, mentors and mentees can both use our feature-rich site to meet a perfect match. Discuss career topics in the chat room and forum, use the IM and internal e-mail to communicate, and broaden one's knowledge in the diverse resources area.

**Noah Cirincione, CEO · www.advancementoring.com**

back to top

---

### Advanced Planning Systems, Inc.

Advanced Planning Systems provides a competitively priced optimization tool for ERP systems, which provide the advanced supply chain management functionality required to achieve the manufacturing efficiency necessary for today's highly competitive manufacturing environment. This is achieved with minimal hardware upgrades, as the software and operating environment can be run on a high end PC. Integration is accomplished utilizing the company's Data Translation Layer (DTL). Advanced Planning Systems features include advanced planning and scheduling, forecast calculation and management, sales and operations planning, and key performance indicators.

**Jeffrey Durham, CEO · www.advancedplanningsystems.com**

back to top

---

### Atzio Technology

Atzio is developing a content delivery network of multimedia devices to offer a secure, cost-effective and universal method for making video content available on the Internet.

**Cedric Van Rossum, Founder · cvr@iptv-engineering.com**

back to top

---



Clydon Corporation is a software company developing tools for real-time 3D interaction. Clydon's vision is to bring pervasive use of 3D interaction to the computing world by offering enabling technologies for the creation and display of interactive scenes. Quality 3D interaction can enhance the user's experience in education, entertainment, e-commerce and engineering.

Clydon offers a comprehensive yet simple language for modeling shape and behavior. With this approach, a wide spectrum of users and programmers will be able to create 3D content for interaction. Objects defined through a language contain high-level specifications that can be easily transmitted over networks, and be interpreted and displayed in real-time. We offer an authoring environment, and a rendering and animation system. The system includes extensive geometric modeling capabilities and can operate as a plug-in for web browsers as well as a standalone executable.

Edik Keshish, Chairman • www.clydon.com

---

Edutainu produces educational, training, and self-help products for distribution via traditional broadcast, DVD, seminar, and web-based delivery methods. Content areas include entertainment, career management, and social issues.



**Pamela Green, President** · **www. edutainu.com**

back to top

---



Fluid Blue Media is based in Los Angeles. It is an integrated team of creative web, Flash and graphic designers, writers, programmers, and database developers, working in alliance with marketing and web hosting professionals. Fluid Blue Media specializes in web site design and development, e-commerce solutions, Flash multimedia, database integration, user-friendly navigation, and complete client satisfaction.

**Corey Hinds, CEO · [www.fluidbluemedia.com](http://www.fluidbluemedia.com)**

---



IApplication Technologies (iAT) is a strategic business and technology consultancy specializing in providing enterprise level solutions for Fortune 1000 and mid size organizations. Business specialties include Customer Relationship Management (CRM), Supply Chain Management and Enterprise Application Integration (EAI). Technical specialties include Java's Enterprise Java Beans, XML and a variety of other software development technologies.iAT also supports distributed high technology manufacturers, such as fabless semiconductor manufacturers, with a data exchange service called SmartConX™. This service collects information in disparate formats, from multiple suppliers along the supply chain and consolidates it in a central database. The information can then be queried, downloaded or passed on to business applications at the client site.The iAT client profile spans the business spectrum from sales and marketing organizations looking to expand their Internet presence or improve their customer service offering, to engineering and manufacturing organizations looking to improve workflow or communication with vendors. iAT has even developed thin client machines, such as kiosks, for product or information distribution as part of an overall eCommerce strategy.

**David Fealkoff, CEO · www.iatinc.net**

back to top

---



Merced Solutions, Inc. is a Pasadena-based software company established in 2000, in response to a great demand for a quality information management solutions for the postsecondary education environment.

Merced's vision is to be the preeminent provider of information management systems to the Postsecondary Institutions, accrediting bodies, and related government agencies. The award winning program from Merced Solutions, TopSchool uses a new and innovative architecture that makes it powerful, extremely flexible, easy and economical to implement and maintain

**Harout Katerjian, CEO · www.merced-solutions.com**

---

back to top



**myteachersgradebook.com** is an online grade book system that is open to all educators. It allows for students and parents to see a student's grades and what assignments are due. Myteachersgradebook. com is striving to be the premier online location for all educators, students, and parents for all their educational needs and information.

**Christopher MW Cullum, CEO • www.myteachersgradebook.com**

---

*back to top*



PetTrax manufactures and retails pet locating products and pet tracking services. Their premiere product, the PetTrax Collar and Invisible Leash Service, utilizes the same technology the police rely on to find stolen cars. This affordable and reliable solution is currently available in New York, Northern and Southern California, and coming to Philadelphia, San Antonio, Miami, Dallas, Houston, Phoenix, Detroit, and Chicago by March '04.

**Morgan Hatch, Founder • www.pettrax.net**

---

*back to top*

## SentryCom, Inc.

SentryCom develops and implements products and services for the security industry that take advantage of recent advances in broadband based digital security and remote management systems that use digitized video and audio over the Internet. SentryCom provides a suite of services and products including Remote Video Monitoring, Virtual Patrol Tours, and Remote Management services. This combination of state-of-the-art technologies automates many security functions so that clients can achieve higher levels of security, at lower costs, and with less human and physical resources. With the development of SentryCom's proprietary back-end software, SentryCom is the first true cross-platform interactive service provider in the security industry.

**Kurt Strasser, CEO · www.sentrycom.net**

---



TALDIA provides an innovative service that converts daily news content into audible material. The content is derived from the written context of news, sports stories, newswires, magazines and other sources. Along with audio files and the company's software, consumers are able to create their own personalized "audio editions" of newsworthy content to play while they travel. The content can be downloaded to CD, MP3 player or other transportable appliance.

TALDIA's product offers media companies the ability to capture consumers in one medium and hold onto them as they move through the workday. It is the aural equivalent of Tivo, allowing a consumer to capture text to audio and time-shift in a dynamic fashion.

**Henry (Rys) Fairbrother, Chairman • www.taldia.com**

back to top



TouchScan Corporation creates innovative fraud and identity protection services, which enable trusted interactions in today's digital economy. TouchScan's patented Authentication Management Infrastructure registry (TSAMI) allows users to be authenticated using their fingerprint and its unique biometric attributes, to provide authentication, authorization, and audit trails for all online Internet transactions and interactions. Users need enroll only once through a trusted institution and thereafter be accurately authenticated across a wide range of industries, companies and applications.

**Ron Zoka, CEO • www.touchscan.com**



Unwired Plus provides custom wireless solutions exclusively to educational institutions, campuses, classrooms, school buildings, and libraries. With 60+ years of collective experience in the field of information technology, Unwired Plus provides configuration, support, and training to this evolving market, as the next great advancement in both teaching and learning. Unwired Plus is an Erates Eligible Service Provider and can design solutions that maximize grant funding

**Beverly Sutherland, CEO** · **www.unwiredplus.com**

---

back to top



Word of Mouth Graphics provides web design and development, content management and electronic communications.

**Allison Gibson** · **www.wordofmouthgraphics.com**

---

back to top



Xaveon Corporation provides back end ecommerce solutions for security distributors and integrators. Xaveon's eStore system allows distributors full cataloging, inventory management and retail eCommerce management. Xaveon also designs and manufactures state of the art DVRs specializing in video archiving. Xaveon's XVR models support up to 6-Terabytes of data and can record a continuous feed for 22 years.

**Paul Hao Tran, CEO · www.xaveon.com**

back to top

## G R A D U A T E S

### 3Fold Ventures

3Fold Ventures helps technology companies bring their innovations to market. These services include identifying and penetrating new markets worldwide. 3Fold Ventures has created networks of technology buyers in different parts of the world - Africa, Asia, South America and Europe – and leverages these networks to help their clients penetrate these markets, and position their products to win in their respective categories.3Fold also provides related services such as entrepreneurial marketing analysis, marketing/product validation analysis, win/loss profiling and positioning analysis, and lead qualification services.

**Lekan Akinyanmi, CEO · lekan@3foldventures.com**

back to top



Best Web Buys is a family of comparison shopping websites. Most shoppers on the web go from store to store to find the products they want at the right price.With thousands of online stores to choose from, this process is tedious and time consuming. Best Web Buys' service allows consumers to search for specific products across several stores at the same time. Their flagship site, bestbookbuys.com, has grown quickly since its launch in August 1997 and has been honored as the best comparison shopping site for books by Smart Money magazine, MSNBC, and Cool Site of the Year. BestWebbuys launched BestVideoBuys.com in 2001.

**Steve Loyola, President** · **www.bestwebbuys.com**

back to top

---

### Boobay.com Inc.

Boobay.com owns and operates specialty websites for free use by the general public. These sites include GreatestCities.com, which features information about 4,500 cities; GreatestJournal.com, an on-line journal site; and Mylivingtree.com, a family site for publishing family photos and information. All of these sites provide content-rich features such as people searches, private messaging, and online photo and text uploading, and collectively serve over 2.1 million unique users per month.

**Jacquelyne Kalkbrenner • www.GreatestJournal.com**

**www.GreatestCities.com**

---

### THE CORPORATE LEGAL STANDARD, INC.

The Corporate Legal Standard (CLS) was founded with the vision of creating the industry standard in corporate and government law department practice by combining best practices in business process improvements, content and technology - and distributing, implementing and managing this system in a way that creates economies of scale efficiencies, increases productivity and promotes consistent work quality.

CLS offers a patent-pending turnkey technology platform that houses interactive modules that feature best practices business process workflow and content. CLS also offers management consulting services to handle the needs analysis, implementation, training and change management strategies on an outsourced basis to provide in-house lawyers the

freedom to practice law - strategic, proactive and preventive.

**Nena Wong, CEO • www.corplegalstandard.com**



### Equigene Research

Equigene was founded in 2001 by scientists from the California Institute of Technology. Equigene harnesses proven genomics technology for the benefit of horseman and horses, by providing genetic profiles detailing a thoroughbred's genetic potential. With this information, breeders and trainers will be able to make more informed breeding and training decisions.Equigene's first product, SmartSaddle is scheduled for release in the first quarter of 2004, and marketed to thoroughbred trainers. For the first time, SmartSaddle will provide owners with the simultaneous recording of velocity, heart rate and gait. Trainers and owners can use this quantitive information to track the physical condition of their thoroughbreds.

**Carlo Quinonez, CEO • www.equigeneresearch.com**

<span style="float:right">*back to top*</span>



GameWorld Technologies develops and publishes wireless and Internet base games utilizing PureVis, a unique technology that fundamentally changes the way applications are created and distributed. This system allows the rapid development of networked applications, enabling them to be automatically deployed on scalable server systems through wireless service provider (WSP) and the Internet.

The core of the GameWorld technology is the PureVis platform suite consisting of a visual toolset, middleware and a family of five servers.

PureVis has been used to create and operate top commercial mobile titles including "Legend Quest", the number one game on AT&T Wireless, and "Slam!" the top award winning game on Sprint PCS.  PureVis servers, middleware and applications are used by Global 1000 corporations including AT&T, Sprint, and T-Mobile to deliver mission critical services to tens of millions of their customers.

The PureVis division of GameWorld provides solutions in the areas of advanced simulations, e-learning, enterprise solutions, web solutions and collaborative systems. The PureVis product suite solves the problem inherent in the rapid development and wide deployment of networked titles. PureVis is 100% visual, and is the only development solution enabling designers and non-programmers to implement their application vision without ever writing a line of code. PureVis enables applications to be rapidly built, easily customized, reliably operated and widely connected.  The result is open, standards-based extensible systems that enable people to interact in real-time across systems and devices.

**John Greensage, CEO** · **www.gameworld.com** and **www.purevis. com**

---

back to top



Utilizing their proprietary software and the Internet, Goldstar Events provides discount seats to entertainment audiences that would otherwise go unsold.  Goldstar matches prequalified ticket buyers from their membership database and web page traffic with ticket sale offers. This enables venues to obtain a unique channel for yield management, and increased profits.

**Richard Webster, Robert Graff & Jim McCarthy, Co-Founders**
**www.goldstarevents.com**

---

back to top

# HighTower
### s o f t w a r e

High Tower Software, Inc. develops and installs next generation real-time monitoring and data visualization software for many types of applications, including (but not limited to) aerospace, network management, financial portfolios, medical applications and manufacturing. High Tower Software is dedicated to providing flexible and reliable real-time monitoring solutions that enable your organization to compete in an increasingly cost-constrained market place. High Tower's "TowerView" software offers a unique CyberGridTM environment for 3-D visualization of data to be understood in an instant.

**Ursula Schwuttke · www.high-tower.com**

back to top



IndieBuyer is an electronic market place for independent films, books and music. Utilizing proprietary technologies the company provides services that target independent retailers, independent content providers and consumers.

IndieBuyer operates two external Internet components: a trade portal indieBuyer.net and a consumer portal indieBuyer.com.

IndieBuyer.net is a business-to-business site focused on selection and volume pricing of entertainment products for public release. indieBuyer serves as the "middleman" for retailers and content providers to significantly reduce the risks associated with traditional distribution.

IndieBuyer.com is a business-to-consumer affiliate site, that dynamically co-brands with local independent retailers. It provides retailers with instant consumer product feedback and helps create in-store traffic by drawing customers into the brick and mortar establishments to pick up online orders without shipping and handling costs.

**Mike Kyle, CEO · www.indiebuyer.com**

back to top



MedRule Business Solutions Inc. is a leading provider of advanced enterprise transaction technologies and information management solutions for the healthcare providers and medical groups. In the healthcare sector, MedRule's goal is to make health insurance transactions and contract administration as simple, easy and accurate as using an ATM machine or making a credit card purchase. Toward this end, Medrule develops and sells highly innovative contract administration, real-time eligibility and benefits detail, claims processing and data warehouse solutions--enabling medical groups and doctors to reduce administrative costs, and provide the service levels necessary by patients, employers, and health plans. MedRule is known for being the first company to introduce its technical innovations directly to medical groups and the doctor's office, including breakthrough technology for programming complex transaction systems directly from medical rules, and expressing complex transaction outcomes in plain, readable, English terms. MedRule's M3 enterprise transaction solutions are available for installation at customer locations or can be purchased as a processing service on an remote-hosted, on-demand basis. The company is privately held and is headquartered in Altadena, California.

**Paul Huang, COO/President · www.medrule.com**

---

back to top



Primera Technologies specializes in creating custom software, including wireless data transfer and access solutions.  Primera has developed several stand-alone applications, including InspectionDesk, a desktop and Palm OS solution created to streamline the inspection process by eliminating paperwork and multiple handling of critical data. InspectionDesk is perfect for city housing and construction departments, as well as private inspectors and appraisers.  InspectionDesk is expandable to service complementary industries and scalable to include

unlimited users.  Other products include IAFIS and Clinician Database Software.

**Fred Weiss, CEO · [www.primeratechnologies.com](www.primeratechnologies.com)**

---

[back to top](#)



RAYPAX is a Picture Archiving and Communication System (PACS) software development company.  By leveraging advanced technologies, RAYPAX has developed a state-of-the-art PACS solution for medical facilities, hospitals, clinics and healthcare providers.

More than 8 years ago, Samsung SDS created a PACS development team to create a cutting edge system that will lead PACS technology into the next century. This extraordinary team and the advanced technology it developed make up the core of RAYPAX today. The RAYPAX architecture provides a more efficient and cost effective alternative to the traditional method of handling films in a medical facility. With the RAYPAX system, it is now possible to capture, diagnose, review, and archive medical images and patient data in a fraction of the space, cost and time of the older film and paper-based system. In addition, the healthcare provider will provide a higher quality of service to their patients due to faster diagnosis and lower costs.

RAYPAX is continuing to expand into new markets, including Europe, the Middle East and South America.

**Jun-Young Kim, President/CEO  · [www.raypax.com](www.raypax.com)**

---

[back to top](#)

**SPECTRASENSORS**
Precision Laser Technology

SpectraSensors has commercialized laser photonics technology that partially originated at the Jet Propulsion Laboratory (JPL). SpectraSensors provides unique measurement solutions for extremely low levels of specific gases or liquids in applications where accuracy, response time, drift free operation and specificity are critical to the user.  SpectraSensors currently offers tunable diode laser-based industrial gas sensor products to commercial markets such as the natural gas industry. Additionally, the company is manufacturing water vapor sensors to be used aboard commercial aircraft to improve aircraft safety.

A new discovery is the extension of its technology into the telecommunications field in the areas of widely tunable communications lasers and wavelength reference tuners.

**George Balogh, CEO** · **www.spectrasensors.com**

back to top



TLC Watch, Inc. is the leading provider of end-to-end, high quality remote digital video monitoring systems.  These systems provide the ability to monitor critical sites from thousand of miles away, and can also monitor multiple sites simultaneously.  These surveillance systems can be used in many diverse environments including critical resource protection, traffic management, homeland security, airport security, government installations and other regions where surveillance is necessary.

The flexibility of TLC's software-based technology permits system upgrades as semiconductor speeds increase. TLC Watch's video surveillance devices are environmentally hardened, Internet enabled, high-speed, general-purpose video compression devices. They also function as real-time video streamers as well as video security surveillance devices. With minor modifications, these devices may be used for special purpose digital video recording. TLC currently provides CalTrans with vital traffic management and surveillance, and the Oakland Bay Bridge uses TLC devices to protect its critical infrastructure.

**Ed Chow, President** · **www.tlcwatch.com**

back to top

Home |  Facts | Admission and Services
Tenants | Advisory Committee
Affiliate Program | Calendar | Links



BUSINESS TECHNOLOGY CENTER
2400 N. Lincoln Ave | Altadena, CA 91001
Phone: 626.296.6300 | Fax: 626.296.6301
info@labtc.org



## CRAIC Technologies ™ - Application Papers

For copies of these papers, please contact CRAIC at sales@microspectra.com or by telephone at +001-626-296-6422

- UV-visible Microspectroscopy of Protein Crystals
- Film Thickness by NIR Transmission Microspectroscopy
- NIR Microspectroscopy of Dyed Textile Fibers
- NIR Microspectroscopy of Automotive Paint Fragments
- NIR Microspectroscopy of Blue Inks
- NIR Microspectroscopy of Ink
- NIR Microspectroscopy of Water
- Derivative Microspectroscopy
- Technique for UV-visible-NIR Microspectral Analysis of Glass Fragments
- Technique for UV-visible-NIR Microspectral Analysis of Gemstones
- Visible Spectra and Color Perception in Microspectroscopy
- Analysis of DNA with UV-visible Microspectroscopy
- Techniques for Sectioning Paint for UV-visible Microspectroscopy
- Applications of UV-Visible-NIR Microspectroscopy to Questioned Document Examination
- UV-Visible Polarization Microspectroscopy
- UV-Visible Polarization Microspectroscopy of Textile Fibers
- Fluorescence Microspectral Analysis of Petroleum Fluid Inclusions
- Applications of Microspectroscopy to Flat Panel Display Quality Control
- Forensic Applications of UV-Visible-NIR Microspectroscopy
- UV-Visible-NIR Microspectral Characteristics of Black Gel Ink
- UV-Visible-NIR Microspectral Characteristics of Blue Gel Ink
- UV-Visible-NIR Microspectral Characteristics of Red Gel Ink
- What is a Microspectrometer?
- Ultraviolet-Visible-NIR Reflectance Microspectroscopy of Semiconductor Wafers
- Ultraviolet-Visible-NIR Microspectra of Automotive Paint Clearcoats and Pigments
- Differentiation of Two Visually Identical Samples by Microspectroscopy: Green Wool Fibers
- Deep UV Microspectral Characteristics of Nylon Textile Fibers
- Dye Analysis of Textile Fibers by Colorimetric Microspectroscopy
- Fluorescence Microspectral Analysis of Water Based Inks
- Examination of Gel Pen Inks by Microspectrometry
- Deep UV Microspectral Characteristics of Textile Fibers
- Ultraviolet Microspectral Characteristics of DNA Bases
- Ultraviolet-Visible-NIR Microspectroscopy of Textile Fibers
- Ultraviolet-Visible-NIR Microspectroscopy of Paint Layers

For Authorized Government Agencies Only:

- Reflectance Microspectral Analysis of Inks on Currency: Peoples Republic of China Yuan
- Reflectance Microspectral Analysis of Inks on Currency: Canadian Dollar
- Reflectance Microspectral Analysis of Inks on Currency: Australian Dollar
- Reflectance Microspectral Analysis of Inks on Currency: Euro
- Reflectance Microspectral Analysis of Inks on Currency: English Pound
- Reflectance Microspectral Analysis of Inks on Currency: South Korean Won

CRAIC Technologies LLC - www.microspectra.com

# CRAIC Technologies ™ - Workshops and Published Papers

For copies of these papers, please contact CRAIC at sales@microspectra.com or by telephone at +001-626-296-6422

*2005*

- *Advanced Microspectroscopy Techniques*, Southwestern Association of Forensic Sciences, October 18, 2005
- *Derivative Microspectroscopy*, P. Martin, J. IAMA, Submitted
- *Microspectral Analysis of Gemstones, Part II*, M. Eyring and P. Martin, American Academy of Forensic Sciences, February 24, 2005

*2004*

- *Automated Positioning Meets Microspectrophotometry*, M. DeJonge and P. Martin, Photonics Spectra, Page 82, November, 2004
- *Microspectroscopic Characteristics of Nylon Textile Fibers*, Southwestern Association of Forensic Sciences, October 12, 2004
- *Microspectroscopic Analysis of Semi-precious Gemstones*, Southern Association of Forensic Sciences, September 23, 2004
- *Microspectroscopic Analysis of Inks*, InterMicro 2004, July 15, 2004
- *Keynote Speech: Deep-UV Microspectroscopy of Textile Fibers*, Australia-New Zealand Forensic Science Society, March 31, 2004
- *Workshop: Microspectroscopy of Inks and Papers*, Australia-New Zealand Forensic Science Society, April 1, 2004
- *UV-Visible-NIR Microspectral Characteristics of Red Gel Inks*, Journal of the International Association of Micro Analysis, March, 2004
- *UV-Visible-NIR Microspectral Characteristics of Blue Gel Inks*, The Forensic Scientist, March, 2004
- *NIR Microspectroscopy of Trace Evidence, American Academy of Forensic Sciences*, February 20, 2004
- *UV-Visible-NIR Microspectral Characteristics of Black Gel Inks*, American Academy of Forensic Sciences, February 19, 2004

*2003*

- *Workshop: UV-Visible Microspectral Interpretation*, Midwestern Association of Forensic Sciences, October 22, 2003
- *Workshop: UV-Visible Microspectral Interpretation*, Northwestern Association of Forensic Sciences, October 15, 2003

Home | Products | Support | Events | About CRAIC | Contact Us  © 2005 CRAIC Technologies



| | PRODUCTS | SUPPORT | ABOUT CRAIC | EVENTS | CONTACT US |

### CRAIC Technologies ™ - Press Articles

For copies of these papers, please contact CRAIC at sales@microspectra.com or by telephone at +001-626-296-6422

*2005*

- *CSI: Miami - "Under Suspicion"*, CBS, October 24, 2005
- *New Way of Mapping Gemstones*, CNN Spark, April, 2005
- *Forensic Experts Profile Gemstones*, National Jeweler, April 12, 2005
- *Color Profile Exposes Faked or Stolen Gems,* New Scientist, March 14, 2005

*2004*

- *Automated Positioning Meets Microspectrophotometry*, M. DeJonge and P. Martin, Photonics Spectra, Page 82, November, 2004



**NANO**metrics

email alert

**30 YEARS**

INNOVATION. RELIABILITY. EXPERIENCE.

**process control metrology solutions**

| NEWS | PRODUCTS | SOLUTIONS | INVESTORS | SUPPORT | CONTACT | CAREERS |

**RELATED TECHNOLOGIES**

Spectroscopic Reflectometry

Spectroscopic Ellipsometry

Combined SR / SE

**RELATED PRODUCTS**

NanoOCD/DUV 9010

NanoSpec 9000 Series

Nanometrics FLX

Nanometrics ATLAS

NanoSpec 9200

NanoSpec 9100

NanoSpec 8000

NanoSpec 6100 [tabletop]

NanoSpec 3000 [tabletop]

N2000 Software

NanoNet

**PRODUCTS: FILM ANALYSIS**

**Spectroscopic Reflectometry**

Nanometrics pioneered the use of micro-spot spectroscopic reflectometry for semiconductor film metrology. Spectroscopic reflectometry uses multiple wavelengths (colors) of light to obtain an array of data for analysis of film thickness and other film parameters. Today's semiconductor manufacturers still depend on spectroscopic reflectometry for most film metrology applications. Reflectometry is the measurement of reflected light. For film metrology, a wavelength spectrum in the visible region is commonly used. Light reflected from the surfaces of the film and the substrate is analyzed using computers and measurement algorithms. The analysis yields thickness information and other parameters without contacting or destroying the film.

Nanometrics was the first to use a DUV reflectometer for material analysis. This patented technology was initially used for the determination of absolute reflectance in the ultraviolet region. Deep UV reflectometry technology also provides enhanced measurement performance for thinner films and multi-layer film stacks.

**Spectroscopic Ellipsometry**

Like reflectometry, ellipsometry is a non-contact and non-destructive technique used to analyze and measure films. An ellipsometer analyzes the change in a polarized beam of light after reflection from a film's surface and interface. The systems are spectroscopic, providing ellipsometric data at many different wavelengths. Spectroscopic ellipsometry provides a wealth of information about a film, yielding very accurate and reliable measurements. In general, ellipsometers are used for thin films and complex film stacks, whereas reflectometers are used for thicker films and stacks.

**APPLICATIONS**

Film Analysis

Critical Dimension Metrology

Overlay Metrology

Defect Inspection

Surface Profiling

Mask Metrology

home | news | products | solutions | investor | support | contact | careers | email alert

©2004 Nanometrics Incorporated. All Rights Reserved. | legal info

**NANO**metrics

email alert

30 YEARS

INNOVATION. RELIABILITY. EXPERIENCE.          process control metrology solutions

NEWS | PRODUCTS | SOLUTIONS | INVESTORS | SUPPORT | CONTACT | CAREERS

**RELATED TECHNOLOGIES**

Spectroscopic Reflectometry

Spectroscopic Ellipsometry

Combined SR / SE

**RELATED PRODUCTS**

NanoOCD/DUV 9010

NanoSpec 9000 Series

Nanometrics FLX
Nanometrics ATLAS
NanoSpec 9200
NanoSpec 9100
NanoSpec 8000

NanoSpec 6100 [tabletop]
NanoSpec 3000 [tabletop]

N2000 Software
NanoNet



**NanoSpec® 6100**

Tabletop Film Analysis System

The NanoSpec 6100 is a fast, low cost tabletop film thickness and mapping system that provides a broad range of measurement capabilities for thin film metrology. The 6100 utilizes non-contact spectroscopic reflectometry to measure sites as small as 10μm in diameter on production wafers. The computerized sample stage coupled to a robust autofocus system enables automatic generation of film thickness uniformity maps. The system will measure wafer substrates in the size range of 75 to 200mm and photomasks from 5 to 9 inches square.

The 6100 measures film thickness in the range of 200Å - 20μm with the visible light source (400 to 800nm halogen lamp) and 25Å - 20μm with optional UV light source (210 - 400nm deuterium lamp). The upper thickness range can be extended to 70μm with the thick film option. Optical constants n and k can be determined with the XMP option.

A variety of substrates are easily measured and mapped with the motorized, precision x-y sample stage with a resolution of better than 1μm. The high-resolution color graphics display provides contour and 3D film thickness mapping.

**APPLICATIONS**

Film Analysis

Critical Dimension Metrology

Overlay Metrology

Defect Inspection

Surface Profiling

Mask Metrology

©2004 Nanometrics Incorporated. All Rights Reserved. | legal info

CRAIC Technologies LLC - www.microspectra.com

# CRAIC TECHNOLOGIES ™

PRODUCTS | SUPPORT | ABOUT CRAIC | EVENTS | CONTACT US

Contact Us

## QDI 2000 ™ UV-Visible-NIR Microspectrophotometer



The QDI 2000™ Microspectrophotometer embodies both advanced technology and ease-of-use. This microspectrometer employs cutting edge software and hardware resulting in a powerful yet user-friendly tool for non-destructively measuring the spectra of microscopic samples. Samples under 1 micron can be analyzed rapidly and with minimal preparation.

The microspectrometer can measure transmission, reflectance, polarization and fluorescence microspectra in the near-UV, visible, and NIR regions with high spectral resolution...all with the same instrument and without swapping components. Spectra can be acquired through variable sampling areas while simultaneously viewing the samples with a high resolution digital imaging system. Samples can also be viewed directly through eyepieces with the DirecVu™ package with research grade microscope optics.

*The QDI 2000™ Microspectrometer can take spectra from the deep ultraviolet to near infrared with one seamless operation. It can acquire microspectra in absorbance, reflectance, and fluorescence. It is fitted with both the DirecVu™ to view samples by eye as well as with the high resolution digital imaging system.*

### Applications

- *Trace Evidence*
- *Flat Panel Displays*
- *Semiconductor Film Thickness*
- *Surface Plasmon Resonance*
- *Process Impurity Detection*
- *Questioned Documents*
- *Photonic Crystals*
- *Protein Crystals*
- *DNA Analysis*
- *Forensic Drug Chemistry*
- *Combinatorial Chemistry*
- *MEMS devices*

### Key Advantages

- Deep UV microspectroscopy
- Visible range microspectroscopy
- NIR microspectroscopy...all with the same instrument
- Integrated TE cooled array detector for low noise and long term stability
- Ultraviolet-visible-NIR spectra in one shot. And without changing optics!
- Transmission, reflectance, fluorescence, and polarization spectroscopy of microscopic samples...all with the same instrument
- Variable sampling areas
- True high resolution digital imaging and direct visualization through eyepieces
- Easy to use and maintain





| PRODUCTS | SUPPORT | ABOUT CRAIC | EVENTS | CONTACT US |

Company History
Press Releases
CRAIC Publications
Job Opportunities

## QDI 202™ ... e Spectrophotometer



***B... g ... opy ... your legacy systems***

The QDI 202™ Microscope Spectrophotometer is designed to add spectroscopy to your optical microscope or to upgrade a legacy microspectrometer. The QDI 202™ attaches to the microscope or microspectrometer and enables you to collect transmission, reflectance, polarization or fluorescence spectra of microscopic samples. Depending upon the microscope optics and sources, the spectral range ranges from the deep UV to the near infrared region. With the QDI 202™, high quality spectra of microscopic samples can be acquired non-destructively and with ease.

The QDI 202™ is ideal for diverse applications such as quality control of flat panels monitors, when integrated with probe stations, to vitrinite reflectometry at 546 nm to surface analysis. The system is also a cost effective means to upgrade that old microspectrometer to the latest in optics and software.

### Applications

- *Flat Panel Color Masks*
- *Flat Panel LEDs*
- *OLEDs*
- *MEMS devices*
- *Mineralogy*
- *Semiconductors*
- *Optical Film Thickness*
- *Vitrinite Coal Reflectometry*
- *Process Contamination Analysis*
- *Surface Plasmon Resonance*

### Key Advantages

- The only microscope spectrophotometer with a TE cooled array detector for low noise and long term stability
- Effective spectral range is 200 to 1100 nm with the specific range selected by the user
- Optional NIR microspectrophotometer package extends the range to 1700 nm
- Variable sampling areas!
- Upgrade your old microspectrophotometer with modern hardware and software
- The only microspectrophotometer with high resolution digital imaging...up to 5 megapixels





CRAIC Technologies LLC - www.microspectra.com

Home | Products | Support | Events | About CRAIC | Contact Us © 2005 CRAIC Technologies

email alert

**NANO**metrics

30 YEARS

INNOVATION. RELIABILITY. EXPERIENCE.      process control metrology solutions

| NEWS | PRODUCTS | SOLUTIONS | INVESTORS | SUPPORT | CONTACT | CAREERS |

**RELATED TECHNOLOGIES**

Spectroscopic Reflectometry

Spectroscopic
Ellipsometry

Combined SR / SE

**RELATED PRODUCTS**

NanoOCD/DUV 9010

NanoSpec 9000 Series

Nanometrics FLX
Nanometrics ATLAS
NanoSpec 9200
NanoSpec 9100
NanoSpec 8000

NanoSpec 6100 [tabletop]

NanoSpec 3000 [tabletop]

N2000 Software

NanoNet



**NanoSpec® 3000**

Tabletop Film Analysis System

The NanoSpec 3000 is a low cost, film thickness measurement system that utilizes a modern small spot spectroscopic reflectometer that is built on a simple-to-use tabletop platform. The rugged, solid state linear diode array provides fast, precise measurements of single-layer films such as oxide, nitride and photoresist, as well as the top layer on film stacks of up to 3 layers in the thickness range of 250Å to 35µm. The flexible software platform makes it simple and easy for the user to configure measurement programs and recipes for both simple and advanced measurement applications. With the ability to select film constants, scan ranges and substrate types, the 3000 is the ideal tool for rapid measurement program development. Data management features include a database, statistical analysis, histograms and the ability to export data files. Both tabular and Cauchy dispersion models are available for use and material files may be imported and exported. Optical constants n and k can be determined with the XMP option.

**APPLICATIONS**

Film Analysis

Critical Dimension
Metrology

Overlay Metrology

Defect Inspection

Surface Profiling

Mask Metrology

home | news | products | solutions | investor | support | contact | careers | email alert

©2004 Nanometrics Incorporated. All Rights Reserved. | legal info

CRAIC Technologies LLC - www.microspectra.com



PRODUCTS      SUPPORT      ABOUT CRAIC       EVENTS      CONTACT US

Contact Us

## CRAIC Technologies™ - Events

***Measure • Analyze • Discover™ with CRAIC Microspectrophotometers***

CRAIC Technologies manufactures superior microspectrophotometers, microspectrometers, and microscope spectrophotometers for science and industry. We specialize in the UV, visible and NIR regions and pride ourselves in making the finest tools for the finest minds. Come visit us at the following events:

## List of Shows

**Northeastern Association of Forensic Scientists**
**Rhode Island**
**November 8-13, 2005**

**Japanese Association of Forensic Science**
**Osaka, Japan**
**November 16-17, 2005**

**Northwestern Association of Forensic Sciences**
**Federal Way, WA**
**November 16, 2005**

**American Academy of Forensic Sciences**
**Seattle, WA**
**February 23-25, 2006**

**Analytica**
**Munich, Germany**
**April 25-28, 2006**



**Analytica**
**Shanghai, China**
**September 19-21, 2006**



Anzeige

To the Portal

Visit the · Product-World
· Branch-World
· Press-World

analytica-world.com | **Analytica** | Analytica-Anacon | AnalyticaChina

Newsletter | Sitemap | Imprint | Contact | logout

View this page in Deutsch | English

## Analytica-Fairs

**Analytica 2006**
April 25 - 28, 2006
... **more**

**AnalyticaChina 2006**
September 19 - 21, 2006
... **more**

**Analytica-Anacon 2006**
November 16 - 18, 2006
... **more**

Analytica
25 - 28 April 2006

- ⊠ analytica-world.com
- ⊠ Analytica
- - - - - - - - - - - - - - -
- ▣ About Analytica
- ☐ Exhibitors 2006
- ☐ Visitor information
- ☐ Exhibitor information
- ☐ Journalist information
- ☐ Analytica Conference
- ☐ Closing Report Analytica 2004
- ☐ Exhibitor and Visitor Survey 2004
- ☐ Partners
- ☐ Logos & Download
- ☐ Getting there
- ☐ Your stay in Munich
- - - - - - - - - - - - - - -

keyword search

rubric

### About Analytica

- ■ **Dates - Data - Notes**
- ■ **Analytica-Forum**
- ■ **Analytica Conference**
- ■ **Exhibition centres**
- ■ **Subsidiaries & Offices worldwide**
- ■ **Munich, the trade fair city**
- ■ **Useful links**
- ■ **Allocation of the halls**
- ■ **About us**

## Analytica 2006
## No.1 for Analysis, Laboratory Technology and Biotechnology

*Character as leading event*

Modern analysis began to develop some 40 years ago—and Analytica was launched 38 years ago. Today Analytica is the world's largest trade show for solutions in the analysis, laboratory-technology and life-science sectors. Recognized as a leading exhibition for this sector, it is the communication and business event for the international community. It is a model for the compact, user-oriented presentation of innovative products and services and for depicting entire value-added chains in industrial and research laboratory applications.

Analytica 2006 will feature a number of international events for building business relations. They include the Analytica Forum, a platform for the exchange of information and transfer of knowledge, and the Analytica Conference, the European summit for the international research community.

*Future-oriented*

ad

● mercateo

... mit über
**1 Million
Artikel**, zum
Beispiel für den
**Laborbedarf** ➜

Incorporated in the global communications and business network of the Munich Trade Fairs International Group, Analytica 2006 focuses consistently on rapidly growing markets such as China and India as well as on growing market segments related tto biotechnology and the life sciences. Thanks to AnalyticaChina and Analytica-Anacon India, Analytica has attractive and successful exhibition platforms in the largest growth markets in Asia.

A total of 320 companies that deal strictly with biotechnology had exhibits at Analytica in 2004 alone. There were also several companies from the "classic" exhibition segments for analysis and laboratory technology that had attractive solutions for the life sciences in their portfolios.

Given this future-oriented market backdrop, Analytica 2006 is the perfect place to meet an international audience of visitors who are open for new business.

← back    ↑ Top

**This page**    🖨 print    ✉ recommend    ➜🖥 make this page your homepage

 Approved Event

Other sites

**Copyright © 2004 Messe München GmbH**
All rights reserved.

Last updated: Thu Nov 10 8:45:50 2005 GMT
Powered by **openCube.org**

PRODUCTS    SUPPORT    ABOUT CRAIC    EVENTS    CONTACT US

Contact Us

## CRAIC Technologies ™ - Press Articles

For copies of these press releases, please contact CRAIC at sales@microspectra.com or by telephone at +001-626-296-6422

- August 28, 2005: CRAIC Technologies Unveils the Scientific Microspectroscopy Package for the QDI 2000™ Microspectrophotometer
- March 11, 2005: CRAIC Technologies Introduces the Powerful New QDI 2000™ Microspectrophotometer
- August 25, 2004 CRAIC Technologies Introduces QDI FilmPro™: A Powerful New Solution for Film Thickness Measurements
- October 15, 2003 CRAIC Technologies Introduces the New and Improved QDI 202™ Microscope Spectrophotometer
- August 24, 2003 CRAIC Technologies Introduces the New QDI QDS II™ Stereo-microspectrophotometer
- February 17, 2003 CRAIC Adds Direct Visualization to Microspectrophotometers
- January 6, 2003 CRAIC Releases Version 3.0 Windows 2000 Software
- December 10, 2002 Introducing the CRAIC Equipment Lease Program
- June 1, 2002 CRAIC Technologies Moves Into It's New Home

Home | Products | Support | Events | About CRAIC | Contact Us © 2005 CRAIC Technologies