UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP TRINGALI )<br>    Plaintiff )<br>)<br>V. )<br>)<br>PAUL MARTIN AND JUMI LEE )<br>    Defendants ) | C. A. NO. 04-12708-MLW |

**JOINT MOTION TO CONTINUE
MOTION HEARINGS AND SCHEDULING CONFERENCE**

    The parties move that the hearing on the Motion to Compel Answers to Interrogatories and Production of Documents, First Motion for Protective Order as to Confidential and Proprietary Information, and Scheduling Conference, all previously set for March 17, 2006 at 10:30 a.m. be rescheduled to either March 22 or March 24, 2006.  In support of this Motion, defendants have attached the affidavit of their counsel Roger S. Davis.

Attorney for defendants,

    /s/Roger S. Davis
Roger S. Davis
BBO No. 116320
DAVIS & RUBIN
One Bowdoin Square
Suite 901
Boston, MA  02114-2919
(617) 742-4300


Attorney for plaintiff,

    /s/Daniel Treger
Daniel Treger
BBO No. 562147
PHILLIPS & ANGLEY
One Bowdoin Square
Suite 300
Boston, MA  02114-2919
(617) 367-8787

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PHILLIP TRINGALI<br>  Plaintiff | )<br>)<br>) | C. A. NO. 04-12708-MLW |
| V. | )<br>)<br>) | |
| PAUL MARTIN AND JUMI LEE<br>  Defendants | )<br>) | |

### AFFIDAVIT OF ROGER S. DAVIS

  I, Roger S. Davis, hereby make the following Affidavit:

1. On or about February 23, 2006, while I was away on vacation my secretary received electronic notice of the hearing of the two motions and the scheduling conference set for March 17, 2006. Upon my instructions, my secretary called the Magistrate's secretary and was informed that we should first call Attorney Treger, but that the dates of March 22 and 24, 2006 were available.

2. The reason for my request is that on March 17, 2006 I have a previously scheduled family engagement in Maryland with prepaid airline tickets, leaving Boston on March 16, 2006.

3. My secretary called Attorney Treger on February 23, 2006 and Mr. Treger informed my secretary that he himself was engaged in trial on March 17, 2006 and would prepare a motion for continuance.

4. I called Mr. Treger on the afternoon of March 6, 2006 and at this time was informed by Mr. Treger that his trial on March 17, 2006 was no longer going forward, but that he would consent to the allowance of the subject motion, and requested that the hearings be scheduled for either March 22 or 24, 2006.

2

     Signed under the pains and penalties of perjury this 7th day of March, 2006.

                                    Attorney for defendants,

                                    /s/Roger S. Davis
Roger S. Davis
BBO No. 116320
DAVIS & RUBIN
One Bowdoin Square
Suite 901
Boston, MA  02114-2919
(617) 742-4300

QDI12:USDC:RSDAFF

2