UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP TRINGALI )<br>    Plaintiff )<br>)<br>V. )<br>)<br>PAUL MARTIN AND JUMI LEE )<br>    Defendants ) | C. A. NO. 04-12708-MLW |

**AMENDMENT TO
OBJECTIONS OF DEFENDANTS TO
REPORT AND RECOMMENDATION ON
DEFENDANTS' MOTION TO DISMISS
TO REQUEST ORAL ARGUMENT**

With reference to the Objections of the Defendants to Report and Recommendation on Defendant's Motion to Dismiss which was filed in this Court on March 8, 2006, the defendants believe that oral argument may assist the Court and request oral argument to be heard on their Objections.

March 9, 2006                                              Attorney for defendants,

                                                                    /s/Roger S. Davis
                                                              Roger S. Davis
                                                              BBO No. 116320
                                                              DAVIS & RUBIN
                                                              One Bowdoin Square
                                                              Suite 901
                                                               Boston, MA  02114-2919
                                                               (617) 742-4300

QDI12:USDC:AMNDOBJR&R