UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12708-MLW

| | |
|---|---|
| PHILLIP TRINGALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL MARTIN AND | ) |
| JUMI LEE, | ) |
| | ) |
| Defendants | ) |

**AFFIDAVIT OF PHILLIP TRINGALI IN SUPPORT OF**
**THE COURTS ORDER FOR SANCTIONS**

1. My name is Phillip Tringali.

2. I make this affidavit in support of the courts order of February 27, 2006.

3. I base this affidavit upon the affidavit of my counsel, attached as Exhibit 1, and upon the itemized bills for legal services my counsel rendered to me during March, April and May of 2005, attached hereto as Exhibit 2.

4. I claim, as expenses incurred in opposing defendants motion to dismiss, and moving for sanctions pursuant to Fed.R.Civ.P. 11: $1,006.60, or one third of the legal fees I paid to defend the motion to dismiss; $610.00, or one half of the legal fees I paid to bring the motion for Rule 11 sanctions; and $200.00, or all of the legal fees I will pay for preparing the affidavits in support of the amount of the sanctions; or a total of $1,816.60.

5. In the event that the motion for reconsideration is denied, I ask that I be permitted to add the $1,200.00 I will be billed for defending the motion for reconsideration to this amount.

Signed under the pains and penalties of perjury this 17th day of March, 2006.

                                          /s/ Phillip Tringali
                                          Phillip Tringali

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, March 17, 2006.

                            */s/ Daniel Treger*

L:\LITG\Trng001\TRINGALI.SANCTIONS.AFF.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12708-MLW

PHILLIP TRINGALI,            )
                             )
    Plaintiff,               )
                             )
v.                           )
                             )
PAUL MARTIN AND              )
JUMI LEE,                    )
                             )
    Defendants               )

AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF THE MAGISTRATE
JUDGE'S ORDER FOR SANCTIONS, PURSUANT TO RULE 11 (DOCKET NO. 35)

Now comes counsel for the plaintiff, Daniel Treger, Esq., and hereby on oath does depose and say:

1. My name is Daniel Treger.

2. I am an attorney licensed to practice law in the Commonwealth of Massachusetts since 1992.

3. I have been admitted to practice before the United States District Court for the District of Massachusetts since 1996.

4. In making this affidavit, I have reviewed the itemized billing records of Phillips & Angley for services rendered to Mr. Tringali during the Months of March, April and May, 2005.

5. I rendered all of the services relating to the motions at issue, except where indicated.

6. The motion to dismiss was received in this office on or about March 18, 2005.

7. I reviewed the motion to dismiss on March 18, 2005. Of the 1 hour charged for

review of documents on that day, approximately .4 of an hour was spent reviewing the motion to dismiss.

8. On March 21, 2005, attorney Jeffrey J. Phillips reviewed the motion, and forwarded a copy to the client, for which the client was billed .8 of an hour.

9. Attorney Phillips and I were scheduled to commence trial in front of the Magistrate Judge Swartwood on April 4, 2005 in the matter of <u>Wright v. United State of America</u>, Civil Action No.: 01-40233. We therefore sought an extension of time to respond to the motion to dismiss.

10. Negotiations regarding the extension took place on March 26, 2005 and March 28, 2005, which generated a charge to the client of .6 of an hour.

11. On April 13, 2005 of the 4 hours billed to the client, 3 hours were attributable to drafting the motion for Rule 11 sanctions.

12. Of the 5 hours billed to the client on April 14, 2005, 2 hours were attributable to drafting the motion for Rule 11 sanctions and 2 hours where attributable to drafting the opposition to the motion to dismiss.

13. On April 15, 2005, .4 hours are attributable to completing and serving the motion for Rule 11 sanctions and 2.5 hours were attributable to drafting the opposition to the motion to dismiss.

14. On April 19, 2005, 3.5 hours of the time billed to client were attributable to revising the opposition to the motion to dismiss, and .2 hours were attributable to conferring with opposing counsel regarding the Motion for Rule 11 sanctions.

15. On April 29, 2005, 2 hours were billed for continued drafting of the opposition to the motion to dismiss.

16. On May 4, 2005, .3 hours were billed for assembling the documents related to the

opposition to the motion to dismiss.

17. On May 6, 2005, 3 hours were billed for completing the opposition to the motion to dismiss, gathering, collating exhibits, creating exhibit cover sheets, scanning the numerous exhibits to create the PDF file needed to file the documents electronically and drafting the Rule 7.1 certificate.

18. On May 9, 2005, .5 hours were billed to draft the Rule 7.1 certificate for the Rule 11 motion, and to electronically file same.

19. It took me 1 hour review the bills and draft the affidavits filed in support of the Court's order for Rule 11 sanctions. Mr. Tringali will be billed for this time.

20. It took me 6 hours to draft the opposition to the motion for reconsideration of the order for rule 11 sanctions, almost as long as it took to draft the original motion. This is primarily due to the fact that opposing the motion for reconsideration required several hours of legal research on several subjects, including the power of a Federal Magistrate Judge to issue Rule 11 sanctions.

21. In total this office has or will bill the client 15.1 hours for reviewing, drafting, conferencing and filing the opposition to the motion to dismiss, 6.1 hours, drafting, conferencing and the filing the motion for Rule 11 sanctions, one hour filing the supporting materials for the amount of the sanctions, and 6 hours opposing the motion for reconsideration of the order for sanctions.

22. Mr. Tringali is being billed at the rate of $200.00 per hour for services rendered to him. This is equal to or below the rates normally charged by attorneys of my skill and experience.

Signed under the pains and penalties of perjury this 17th day of March, 2006.

    /s/ Daniel Treger
Daniel Treger, Esq.
B.B.O. #562147
Phillips & Angley
one Bowdoin Square
Boston, MA 02114
Tel. No. (617) 367-8787


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, March 17, 2006.

    /s/ Daniel Treger


L:\LITG\Trng001\treger.sanctions.aff.wpd

JEFFREY J. PHILLIPS, P.C.
PHILLIPS & ANGLEY
ONE BOWDOIN SQUARE, 3RD FL.
BOSTON, MA 02114
Tel : (617) 367-8787

April 08, 2005

Invoice submitted to:
PHILIP TRINGALI
98 WALNUT STREET
HALIFAX, MA 02338

In Reference To:  PHILIP TRINGALI
                  VS. LEE, AT AL

Invoice #         TRNG/003/LITG56

Professional Services

|  |  | Hours |
|---|---|---:|
| 3/8/2005 | Letter to attorney Nunes re: status of deposition of his client. | 0.10 |
| 3/9/2005 | Confirmation letter to attorney Dennis | 0.20 |
| 3/10/2005 | Prepare for, attend and defend deposition of client, intrafirm conference with client re: document needed | 5.00 |
| 3/17/2005 | Telephone conference with Neil Warrenbrand, attorney Davis re: dates of deposition of plaintiffs, substance of Plymouth County action | 0.50 |
| 3/18/2005 | Letter to court enclosing returns of service | 0.30 |
|  | letters to Neil Warrenbrand re: returning documents, participation in case, review motion to dismiss and opposition to motion for summary judgment | 1.00 |
| 3/21/2005 | Review correspondence received from attorney Davis, copy to client | 0.80 |
|  | Review correspondence received from attorney Davis, copy to client | 0.20 |
| 3/26/2005 | Review documents for copying. | 2.00 |
|  | Letter to attorney inquiring about wage complaints, draft 9A package for summary judgment motion. | 1.00 |

PHILIP TRINGALI                                                                                           Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 3/26/2005 | Review response to request for extension, negotiate terms of extension | 0.50 | |
| 3/28/2005 | Telephone conference with opposing counsel re: extension | 0.10 | |
| | For professional services rendered | 11.70 | $2,340.00 |

Additional Charges :

| | |
|---|---|
| Messenger. | 14.00 |
| Federal Express. | 9.00 |
| Westlaw. | 37.00 |
| Total costs | $60.00 |
| Total amount of this bill | $2,400.00 |
| 4/8/2005 Payment from account | ($2,400.00) |
| Balance due | $0.00 |
| Previous balance of Client funds | $4,222.00 |
| 4/8/2005 Payment from account | ($2,400.00) |
| New balance of Client funds | $1,822.00 |

JEFFREY J. PHILLIPS, P.C.
PHILLIPS & ANGLEY
ONE BOWDOIN SQUARE, 3RD FL.
BOSTON, MA 02114
Tel : (617) 367-8787

May 06, 2005

Invoice submitted to:
PHILIP TRINGALI
98 WALNUT STREET
HALIFAX, MA 02338


In Reference To: PHILIP TRINGALI
VS. LEE, AT AL

Invoice #        TRNG/003/LITG56

Professional Services

|  |  | Hours |
|---|---|---:|
| 3/8/2005 | Letter to attorney Davis re: status of deposition of his client. | 0.10 |
| 3/9/2005 | Confirmation letter to attorney Davis. | 0.20 |
| 4/1/2005 | Review correspondence received from attorney Davis; letter to client re: same. | 0.20 |
| 4/12/2005 | Letter to court enclosing return of service. | 0.30 |
| 4/13/2005 | Prepare documents for return to Neil Warrenbrand; letter to court enclosing latest documents from opposing counsel; begin drafting rule 11 motion for sanctions. | 4.00 |
| 4/14/2005 | Complete motion for Rule 11 sanctions, e-mail to attorney Wallenbrand and re: return of documents; Telephone conference with client re: meeting to organize evidence; draft opposition to motion to dismiss. | 5.00 |
| 4/15/2005 | Complete motion for Rule 11 Sanctions, hand deliver same to opposing counsel. | 0.40 |
|  | Continue drafting opposition motion to dismissal; Telephone conference with opposing counsel re: deposition of Martin and Lee; draft letter to opposition counsel re: out agreement re: response to document requests. | 3.00 |

PHILIP TRINGALI													Page	2

|  |  | Hours |  |
|---|---|---|---|
| 4/19/2005 | Edit opposition to motion to dismiss; confer with opposing counsel re; rule 11 motion; draft letter to opposition counsel enclosing errata sheet for deposition. | 4.00 |  |
| 4/29/2005 | Complete drafting opposition to motion to dismiss. | 2.00 |  |
|  | Draft request for leave to file supplemental affidavit including review of amended rule 9A. | 0.70 |  |

|  |  |  | Amount |
|---|---|---|---|
| For professional services rendered |  | 19.90 | $3,980.00 |

Additional Charges :

| | Amount |
|---|---|
| Kinko's copies of evidence from Neil Warrenbrand's office. | 270.43 |
| Choicepoint Public Records Search re: Jumi Lee and Paul Martin. | 30.00 |
| Deposition of Philip Tringali. | 558.75 |
| Total costs | $859.18 |

| | |
|---|---|
| Total amount of this bill | $4,839.18 |
| 5/6/2005 Payment from account | ($1,882.00) |
| Balance due | $2,957.18 |

| | |
|---|---|
| Previous balance of Client funds | $1,882.00 |
| 5/6/2005 Payment from account | ($1,882.00) |
| New balance of Client funds | $0.00 |

JEFFREY J. PHILLIPS, P.C.
PHILLIPS & ANGLEY
ONE BOWDOIN SQUARE, 3RD FL.
BOSTON, MA 02114
Tel: (617) 367-8787

June 08, 2005

Invoice submitted to:
PHILIP TRINGALI
98 WALNUT STREET
HALIFAX, MA 02338

In Reference To: PHILIP TRINGALI
VS. LEE, AT AL

Invoice # TRNG/003/LITG56

Professional Services

|  |  | Hours |
|---|---|---:|
| 5/2/2005 | Telephone conference with Norfolk District Court re: sessions; edit letter to Judge requesting permission to file supplemental affidavit. | 0.30 |
| 5/3/2005 | Review and begin to edit joint conference statement | 0.20 |
| 5/4/2005 | File supplemental affidavit, letter request for leave, review motion to amend. | 0.20 |
|  | Assemble document exhibits to opposition to motion to dismiss court re: filing; Telephone conference with motion to dismiss. | 0.30 |
| 5/6/2005 | Finalize opposition to motion to dismiss, collate and scan file for electronic filing, draft rule 7.1 certificate | 3.00 |
| 5/9/2005 | Telephone call received from Warrenbrand re: document request of Davis. | 0.20 |
|  | Draft Rule 7.1 certificate for rule 11 motion for sanctions, electronically file same. | 0.50 |
| 5/10/2005 | Begin preparation for deposition of Paul Martin and Lee | 3.00 |
| 5/11/2005 | Review letter from opposing counsel, respond re: will contact you after 5/19 meeting | 0.30 |

PHILIP TRINGALI                                                                                    Page    2

|            |                                                                                                                                                          | Hours |            |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|------------|
| 5/19/2005  | Meeting with trustees' attorney client, extended meeting with client to review documents in preparation for deposition, Telephone conference with opposing counsel re: deposition | 7.00  |            |
| 5/20/2005  | Prepare for deposition                                                                                                                                   | 4.00  |            |
| 5/21/2005  | Prepare for deposition of Paul Martin                                                                                                                    | 2.00  |            |
| 5/22/2005  | Prepare for deposition of Paul Martin                                                                                                                    | 6.00  |            |
| 5/23/2005  | Prepare for deposition of Paul Martin, draft proposed scheduling order.                                                                                  | 9.00  |            |
| 5/24/2005  | Deposition of Paul Martin, confer with client re: merits of case and probable costs, prepare for deposition of Jumi Lee                                  | 12.00 |            |
| 5/25/2005  | deposition of Jumi Lee                                                                                                                                    | 8.50  |            |
| 5/26/2005  | Draft responses to plaintiffs requests for produdction of documents, review and edit proposed scheduling order                                            | 3.50  |            |
| 5/31/2005  | Telephone conference with client re: discovery responses, complete editing and send letter to Roger Davis re: scheduling order.                          | 0.50  |            |

|   |                                      | Amount |
|---|--------------------------------------|--------|
|   | For professional services rendered   | 60.50 $12,100.00 |
|   | Additional Charges :                 |        |
| Kinko's Copying. |                            | 270.43 |
|   | Total costs                          | $270.43 |
|   | Total amount of this bill            | $12,370.43 |
|   | Previous balance                     | $2,957.18 |
| 5/10/2005 | Payment - thank you       | ($5,000.00) |
|   | Balance due                          | $10,327.61 |