# PHILLIPS & ANGLEY
ATTORNEYS AND COUNSELLORS AT LAW
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114
(617) 367-8787

JEFFREY J. PHILLIPS, P.C.
JEFFREY T. ANGLEY, P.C.
JONATHAN M. FEIGENBAUM*
CHRISTOPHER S. TOLLEY
DANIEL TREGER
STEPHANIE M. SWINFORD
KRISTEN M. PLOETZ

*ALSO ADMITTED IN DC AND CA

TELECOPIER (617) 227-8992

January 20, 2006
By Hand

Roger S. Davis, Esq.
Davis & Rubin
One Bowdoin Square
Suite 901
Boston, MA 02114-2919

Re:  Philip Tringali
     V. Paul Martin and Jumi Lee

Dear Attorney Davis:

Pursuant to our 7.1 conference regarding your motion for a more definite statement, enclosed herewith please find:

  1. A representative sample of the data comprising S.E.E. Inc.'s ACT database.

  2. Specifications and promotional literature for the S.E.E. Inc. 2000, 2100, and 1100 microspectrophotometers. Proposed specifications for the 2200 model have been produced.

The nature of the information at issue is described in detail in the plaintiff's automatic disclosure statement, as well as in plaintiff's opposition to defendants' motion for a protective order. However, in the interests of narrowing the purported disputes you have raised in your proposed motion for a more definite statement, I expect to make the following documents available on Monday:

  1. CAD drawings;

  2. Parts Lists;

  3. Assembly instructions.

Roger S. Davis, Esq.
January 20, 2006
Page 2

      As we discussed, source code exists only in electronic format at this time.

      Please be advised that these documents are being provided solely pursuant to Local Rule 7.1 in the interests of narrowing areas of dispute regarding your purported motion. My client does not acknowledge any obligation to produce additional documents pursuant to Fed.R.Civ.P. 26 or 33, as your clients have already served the number of requests permitted pursuant to local rules.

                                           Very truly yours,

                                           Daniel Treger

DT/hs
cc:    Client
         Jeffrey J. Phillips, PC
L:\LITG\Trng001\davis.11.20.03.wpd

# SEE 1100 MICROSPECTROMETER

## SUPERIOR RESULTS IN THE VISIBLE-NIR RANGE...

The SEE1100 microspectrometer features a high-resolution CCD spectrometer, a research grade microscope and infinity corrected optics for unrivalled performance and affordability. Measure transmittance, reflectance, fluorescence, kinetics or polarization spectra non-destructively. Perform experiments on samples as small as two microns while viewing the sample directly on a video monitor. And it's easier than ever to collect and analyze spectra with our new software. The SEE1100 satisfies the most demanding microscopic analysis.



**FAST**
**VERSATILE**
**PRECISE**
**EASY-TO-USE**
**AFFORDABLE**


Visible transmittance spectrum of a didymium glass filter.


Visible reflectance spectrum of a yellow ink on paper.

| PERFORMANCE SPECIFICATIONS - SEE1100 ||
|---|---|
| SPECTROMETER RANGE | 350-1050 NM |
| MICROSPECTROMETER RANGE | 390-1000 NM |
| SAMPLING AREA | 2 TO 50 MICRONS |
| SPECTRAL BANDWIDTH | 0.32 NM |
| SPECTRAL RESOLUTION | 2 NM |
| DETECTOR | ADVANCED CCD ARRAY |
| SCAN TIME | 4 MILLISECOND MINIMUM |

00518

# SEE 2100 MICROSPECTROMETER

## SPECTROSCOPY FOR THE 21ST CENTURY...

The SEE2100 microspectrometer expands on the capabilities of the SEE1100. This extended range system can analyze more compounds than ever, since more materials absorb in the UV than in the visible or IR regions. It's simple to use: take spectra in the UV, visible, and NIR without switching optics or light sources. The SEE2100 also features the ultimate in performance in the UV region. An all-reflecting optical design eliminates aberrations associated with traditional lens-based microspectrometers. And since our detection system contains no moving parts, you get accurate, repeatable measurements in no time at all. Explore more of the spectrum with the SEE2100.



# RELIABLE
# HIGH THROUGHPUT
# HIGH SIGNAL-TO-NOISE
# HIGH SENSITIVITY
# ACCURATE



Visible NIR absorbance spectrum of a single red microfiber.



Fluorescence spectrum of an automotive paint chip excited with 405 nm light.



Absorption spectrum of a sample of plankton. Courtesy of Dr. Greg Mitchell, Scripps Institute of Oceanography.

## PERFORMANCE SPECIFICATIONS - SEE2100

| | |
|---|---|
| SPECTROMETER RANGE | 200-1050 NM |
| MICROSPECTROMETER RANGE | 220-1000 NM |
| SAMPLING AREA | 2 TO 50 MICRONS |
| SPECTRAL BANDWIDTH | 0.32 NM |
| SPECTRAL RESOLUTION | 3.8 NM |
| DETECTOR | ADVANCED CCD ARRAY |
| SCAN TIME | 4 MILLISECOND MINIMUM |

00515

UV-visible-NIR microspectrometers are used to analyze trace evidence, such as fibers and paint chips, as well as documents. Microspectrometers are used on samples that are much too small to be analyzed by conventional spectrometers. This means that microspectrometers are used to analyze samples, or areas of samples, that are smaller than ½ millimeters in diameter. In fact, microspectrometers are used to analyze samples as small as 4 microns in diameter. Most trace evidence is about 10 to 100 microns across. It is therefore necessary to utilize microspectroscopy to analyze its components.

Visible range microspectroscopy gives the criminalist information on dyes used in fibers, paints, and inks. UV microspectroscopy extends this capability and adds to it. Many dyes exhibit very unique behaviors in the near UV region. In addition, the identities of certain types of fiber materials can be identified in the deep UV. Chemical changes in the fiber material, such as bleaching, can be monitored by UV microspectroscopy. One such example is the bleaching of wool fibers: while they are colorless and therefore do not have a visible range spectra, their UV spectra are characteristic of the type of bleach that has been applied.

UV microspectroscopy is vital in the analysis of paints as well. As with fiber dyes, many paint pigments absorb strongly in the UV. However, it is in the identification of clearcoats that UV microspectroscopy is very useful. Due to their nature, clearcoats do not exhibit any colors and therefore do not have a visible range spectra. However, since they are designed to protect the pigment layer of a paint from UV radiation damage. Therefore, they absorb in very unique patterns in the UV. The UV spectra of clearcoats is vital in determining the manufacturer of a particular paint.

Finally, UV-visible-NIR microspectroscopy is extremely useful in document analysis. Many security inks have features that are not readily apparent to the naked eye. Some of these features are designed to be analyzed via UV spectroscopy. With a UV microspectrometer, the criminalist can analyze a very small portion of a document, non-destructively, for special features. The criminalist can also analyze the same document in the visible and NIR regions at the same time. Many other security features are hidden in the visible and NIR regions as well.

Here is a description of each package. A more detailed breakdown is given in the table below.
1. The SEE 2100 is a UV-visible-NIR range transmission microspectrometer which includes a CCD spectrometer, a microscope with all reflecting optics, color video camera, Pentium computer with CD-ROM, TP Ethernet, a space saving flat panel monitor, image capture, and instrument control/data analysis software with a spectral database. The *microspectrometer* can take spectra from 240 to 1000 nm. Sampling areas are from 12 to 5 microns in diameter. Spectral resolution is at least 2 nm, spectral bandwidth is at least 0.4 nm. Scans can be acquired in as little as 4 milliseconds. Power supplies and xenon lamps (including a spare) are included.
2. The UV-Visible-NIR Range Reflectance Spectroscopy Package allows the *microspectrometer* to take reflectance spectra in the 220 to 1000 nm range. It includes reflecting optics, power supplies, xenon lamps (including a spare), and software for taking reflectance spectra.
3. The Fluorescence Spectroscopy Package allows you to take fluorescence spectra with excitation in the UV (365 nm) and the visible (405 nm) regions. It includes optics, power supplies, mercury lamps (including a spare), and software for taking fluorescence spectra.
4. Calibration Filter Set is designed for use with microspectrometers. It includes a set of NIST traceable filters to check the wavelength and photometric accuracy of the microspectrometer. It includes certification.
5. Color Software Package is designed to calculate color coordinates for a variety of color spaces from spectra. Color spaces include, but are not limited to, CIE, tristimulus, LAB, LUV, Munsell, CMYK, and RGB. It includes software and a NIST traceable white standard.
6. The SEE 2100 includes 3 days of on-site installation and training, a one-year warranty, and shipping.

| Part Number | Description | Amount |
|---|---|---|
| 10265C | SEE 2100 Ultraviolet-Visible-NIR Transmission Microspectrometer: the microspectrometer is capable of taking transmission spectra in the range of 240 to 1000 nm. It consists of: | |
| | Microscope stand for transmitted/incident light. Large Y-shaped design with low positioned coaxial coarse and fine focus knobs. Heavy duty Nichrome plated steel rack and pinion coarse focus gears move stage elevation by means of roller bearings | 1 |

| | | |
|---|---|---|
| | over a 25-mm range. Fine focus gradation is 1 micron. Stroke per fine focus rotation is 0.1 mm; stroke per coarse focus rotation is 15 mm. Adjustable focus tension control and focus stop. | |
| | Four place Revolving Centering Nosepiece. 15 degree, inward facing, ball bearing RMS thread. With slot for filter sliders. | 1 |
| | 15x Reflecting Objective, infinity corrected, numerical aperture 0.28, working distance 24.5 mm. | 1 |
| | 36x Reflecting Objective, infinity corrected, numerical aperture 0.5, working distance 8.6 mm. | |
| | UV-visible-NIR Condenser with reflecting optics optimized for UV, visible, and NIR | 1 |
| | UV-visible-NIR illumination optics module reflecting optics optimized for UV, visible, and NIR. | 1 |
| | UV-Visible-NIR Range Lamp Housing. | 1 |
| | Xenon Lamp Socket for 75 W Xenon lamp | 2 |
| | 75 W Short Gap Xenon lamp and spare. | 1 |
| | Stabilized Arc lamp DC Power Supply with elapsed time meter and fuse. | 1 |
| | Precision rectangular mechanical stage with right hand position coaxial X and Y controls. Y travel 50 mm, X travel 76 mm. Uniform ball bearing movement. Nickel gearing. Stage is large enough to accept samples of sheet paper. | 1 |
| | Spectrometer-Video Camera assembly with fixed reflecting aperture, spectrometer mount, and C-mount for video camera. Manual and automatic intensity control for video camera. | 1 |
| | High resolution color video camera: ½ inch CCD chip provides up to 460 lines horizontal resolution, sensitivity of 0.3 lux at 80% video with automatic gain control on, signal-to-noise ratio of 46 decibels, and NTSC, RGB, and Y-C output. 12 volt DC power supply included. | 1 |
| | Computer (minimum): 500 Mhz Pentium III Processor, 128 MB DRAM, 256 k pipelined burst cache, PCI graphics video card with on-board memory, 20 GB hard drive, 12x CD-ROM, 3.5 inch diskette drive, TP Ethernet, tower case. | 1 |
| | 15-inch diagonal color LCD monitor | 1 |
| | Integrated high resolution image acquisition and video driver board. Digitize and view in real time from RGB or Y/C input. VGA display resolution up to 1024x768. | 1 |
| | Video connector cable | 1 |
| | Software to view and store image. | 1 |
| | Drivers for hardware and monitor | 1 |
| | 104 key keyboard | 1 |
| | Mouse | 1 |
| | Microsoft Windows 98 | 1 |
| | Windows Instrument Control and Data Analysis Software: 32-bit package that includes data acquisition and instrument control drivers, fully interactive data processing library. Software upgrades are included during warranty period. | 1 |
| | Dual CCD spectrometer: Visible-NIR range: 2048 wells with 600 line with spectral range of 400 to 1000 nm with spectral resolution of 2 nm. UV range: 2048 wells with 1200 line holographic grating with spectral range of 200 to 400 nm and spectral resolution of 2 nm. | 1 |
| | 12 bit A/D boards | 1 |
| | One year warranty from date of shipment | 1 |
| 10317C | UV-Visible-NIR Reflectance Spectroscopy Package: adds capability to take reflectance spectra from 220 to 1000 nm. It consists of: | |

| | | |
|---|---|---|
| | UV-Visible-NIR Range Vertical Illuminator; equipped with field and aperture iris diaphragms and 2-position shutter. Utilizes reflecting optics optimized for UV, visible, and NIR | 1 |
| | UV-Visible-NIR Range Lamp Housing. | 1 |
| | 75 W Xenon lamp and spare. | 2 |
| | Stabilized Arc lamp DC Power Supply with elapsed time meter and fuse. | 1 |
| | Software for acquiring reflectance spectra | 1 |
| | One year warranty from date of shipment | 1 |
| 10153C | Fluorescence Spectroscopy Package: adds capability to take fluorescence spectra with excitation in the ultraviolet and visible ranges. It consists of: | |
| | Fluorescence optical module with UV enhancement. | 1 |
| | Rotating turret mount fitted with UV-visible-NIR transmitting aperture, and three slots for fluorescence excitation cubes. | 1 |
| | Optical assembly for 365 nm excitation. | 1 |
| | Optical assembly for 405 nm excitation. | 1 |
| | Universal Lamp Housing | 1 |
| | Mercury Lamp Socket for 100 W Mercury lamp | 1 |
| | 100 W Mercury lamp and spare. | 2 |
| | Stabilized Arc lamp DC Power Supply with elapsed time meter and fuse. | 1 |
| | Software for acquiring and analyzing fluorescence spectra | 1 |
| | One year warranty from date of shipment | 1 |
| 10315C | Additional Excitation Wavelengths | |
| | Optical assembly for 436 nm excitation. | 1 |
| | Optical assembly for 546 nm excitation. | 1 |
| | Rotating turret mount fitted with a UV-visible-NIR transmitting aperture, and three slots for fluorescence excitation cubes. | 1 |
| 10063C | Color Coordinate Package: For calculation of color coordinates from spectra. Color spaces include tristimulus, CIE, Munsell, CMY, CMYK, RGB, LUV, LAB, YIQ, and UVW. | |
| | Color coordinate calculation software. | 1 |
| | NIST Traceable white standard | 1 |
| 10126C | NIST Traceable Calibration Filter Set: For testing the spectrophotometric accuracy of the instrument in the UV-visible-NIR region. It consists of: | |
| | NIST Traceable Holmium Oxide Filter | 1 |
| | NIST Traceable Didymium Filter | 1 |
| | NIST Traceable ND 0.1 Filter | 1 |
| | NIST Traceable ND 0.5 Filter | 1 |
| | NIST Traceable ND 1.0 Filter | 1 |
| | NIST Certification | 1 |
| | Finished pine container with padding for filters | 1 |
| 10288 | Absolute Reflectance Standard | 1 |
| 10021 | Color Video Monitor: Trinitron™ picture tube with 450 lines of resolution | 1 |

00528

| 10157C | Color Printer. Includes printer and all cables and software. | 1 |
|---|---|---|
|  | One year warranty from date of shipment | 1 |
| Training | On-site installation and training |  |
|  | On-site installation (days) | 1 |
|  | On-site training (days) | 2 |
| Shipping | Shipping and Handling (FOB Middleborough, MA) | 1 |

00524