v

