UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12708-MLW

| | |
|---|---|
| PHILLIP TRINGALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL MARTIN AND | ) |
| JUMI LEE, | ) |
| | ) |
| Defendants | ) |

**PLAINTIFF'S CERTIFICATE OF SERVICE
OF PROPOSED FORM OF PROTECTIVE ORDER**

I hereby certify that this document, and the document entered on the docket as number 52, both through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, March 23, 2006.

*/s/ Daniel Treger*

_____