UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP TRINGALI            )
      Plaintiff           )            C. A. NO. 04-12708-MLW
                )
V.                          )
                )
PAUL MARTIN AND JUMI LEE    )
      Defendants          )

**DEFENDANTS' OPPOSITION TO AFFIDAVIT
OF PLAINTIFF'S COUNSEL IN SUPPORT OF THE
MAGISTRATE JUDGE'S ORDER FOR SANCTIONS
PURSUANT TO RULE 11 (DOCKET NO. 35)**

In accordance with the order on Tringali's motion for sanctions, dated February 27, 2006, defendants hereby serve a response/opposition to the amount claimed, without waiving their objections to the order itself.

With respect to ¶10 there were no negotiations, which Mr. Treger states as having taken place on March 26, 2005, regarding the extension to respond to the motion to dismiss, to the contrary, Attorney Treger sent defendants' counsel a letter by facsimile on March 23, 2005 (Exhibit "A" hereto) and Attorney Davis immediately assented to the extension by return letter on March 24, 2005 (Exhibit "B" hereto).  In any event, Attorney Treger's letter could not have taken thirty-six minutes to compose.

The defendants also take issue with ¶18 that it took one half hour to draft and file a Rule 7.1 certificate for the Rule 11 motion, that would appear to be excessive.

The defendants further object to ¶20 with respect to six hours to draft an opposition to the motion for reconsideration of the order for sanctions, since this is a matter that should be taken up by the trial judge upon consideration of the order for the Rule 11 sanctions itself.  The order of the magistrate dated February 27, 2006 clearly stated that plaintiff's counsel was to furnish an affidavit "documenting the amount that he will claim as his reasonable expenses, including attorney's fees, which the plaintiff incurred <u>in opposing the</u>

<u>motion to dismiss and in pursuing the motion for sanctions</u>." The claimed six hours to draft an opposition for the motion for reconsideration is clearly beyond the scope of the order, and is premature in any event.

April 6, 2006                                        Attorney for defendants,


  /s/Roger S. Davis
Roger S. Davis
BBO No. 116320
DAVIS & RUBIN
One Bowdoin Square
Suite 901
Boston, MA  02114-2919
(617) 742-4300

QDI13:USDC:OPPTREGERAFF

PHILLIPS & ANGLEY

ATTORNEYS AND COUNSELLORS AT LAW
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114
(617) 367-8787

TELECOPIER (617) 227-8992

JEFFREY J. PHILLIPS, P.C.
JEFFREY T. ANGLEY, P.C.
JONATHAN M. FEIGENBAUM*
CHRISTOPHER S. TOLLEY
DANIEL TREGER
STEPHANIE M. SWINFORD
KRISTEN M. PLOETZ

*ALSO ADMITTED IN DC AND CA

March 23, 2005

**BY FAX #617-742-4304
AND REGULAR MAIL**

Roger S. Davis, Esq.
Davis & Rubin
One Bowdoin Square, Suite 901
Boston, MA 02114-2919

Re: Philip Tringali v. Paul Martin and Jumi Lee
    Federal District Court, No. 04-12708-MLW

Dear Attorney Davis:

    I am in receipt of your motion to dismiss. I am currently
preparing for a major trial that will comment in Federal District
Court in Worcester on April 4, 2005, and that will run through
April 15, 2005.  I am also on call for a trial that was to
commence in Essex Superior Court on April 4, as well, and which,
if reached will commence directly following completion of the
federal trial.  In addition, I am scheduled for Trial in the jury
of six session in Cambridge District Court on April 18, 2005 and
I am scheduled to travel for the Passover holiday from the April
23 through April 26.  I therefore request that I be permitted to
respond to your motion to dismiss by May 6, 2005.  If you are
amenable to this, I will draft and circulate an assented to
motion for this extension.

    Thank you for your anticipated courtesy in this matter.

                              Very truly yours,

                              Daniel Treger

DT/mf
cc:  Jeffrey J. Phillips, Esq.

L:\LITG\Trng001\davis.13a.wpd

A

# DAVIS & RUBIN

### ATTORNEYS AT LAW

ROGER S. DAVIS
JOEL S. RUBIN (1948-1991)

ONE  BOWDOIN SQUARE
SUITE 901
BOSTON, MASSACHUSETTS 02114-2919
(617) 742-4300
FACSIMILE (617) 742-4304

**VIA FACSIMILE**
**617-227-8992** 

March 24, 2005

Daniel Treger, Esq.
Phillips & Angley
One Bowdoin Square
Boston, MA  02114

Re:    Phillip Tringali
Vs:    Paul Martin, et al
No:    04-12708-MLW

Dear Mr. Treger:

In response to your letter of March 23, 2005, I am agreeable to extend the time for a response to the Motion to Dismiss to May 6, 2005, provided that you will furnish me, within the next ten (10) days, the initial disclosures, which are listed in Rule 26(a)(1).  While that rule goes on to state that the disclosures must be made within fourteen (14) days after the Rule 26(f) conference, the Local Rule 26.2(a) provides that the disclosure required by Rule 26(a)(1) should be made "as soon as practicable" and in any event, within the fourteen (14) day period and it also goes on to provide that before a party may initiate discovery that party must provide to the other party the disclosure required by Rule 26(a)(1).  Since I want to be in a position to initiate discovery, notwithstanding the filing of the motion to dismiss, in order to permit me to do so, I must serve you with initial disclosures which should take place after you serve me with your initial disclosures.  Therefore, please advise me whether you are agreeable to furnish your initial disclosures within the next ten (10) days.

Very truly yours,

Roger S. Davis

RSD:cat

QDI9:USDC:DT