# United States District Court
# District of Massachusetts

PHILLIP TRINGALI,
    Plaintiff,

       V.                          CIVIL ACTION 2004-12708-MLW

PAUL MARTIN,
JUMI LEE,
    Defendants.

## *ORDER ON*
## *DEFENDANT [sic] PHILLIP*
## *TRINGALI'S MOTION TO COMPEL*
## *ANSWERS TO INTERROGATORIES*
## *AND PRODUCTION OF DOCUMENTS (#26)*

COLLINGS, U.S.M.J.

    A Protective Order entered this date.  Therefore, it is ORDERED that

Defendant [*sic*] Phillip Tringali's Motion to Compel Answers to Interrogatories

and Production of Documents (#26) be, and the same hereby is, ALLOWED.

The defendants are ORDERED, pursuant to Rule 37(a)(2), Fed. R. Civ. P., to

serve full and complete answers to interrogatories 1, 4, 5, 6 & 7, to serve

responses to requests for production of documents 1, 2, 3, 4, 6, 8, 9, 11, 12, 13,

14, 16, 18, 19, 20 & 22, and to produce all documents responsive to said

requests *on or before the close of business on Friday, May 19, 2006.*

Failure to comply with the within Order shall result in the imposition of

one or more of the sanctions set forth in Rule 37(b), Fed. R. Civ. P.

No costs.


*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge


Date: April 10, 2006.