# United States District Court
# District of Massachusetts

PHILLIP TRINGALI,
    Plaintiff,

    V.                                CIVIL ACTION 2004-12708-MLW

PAUL MARTIN,
JUMI LEE,
    Defendants.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.:

    (1)    Any additional sets of interrogatories and requests for production of documents must be served *on or before the close of business on Thursday, June 22, 2006;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules of Civil Procedure.*

    (2)    All other non-expert discovery shall be filed and/or served *on or*

*before the close of business on Friday, November 3, 2006* and *COMPLETED on or before the close of business on Wednesday, December 20, 2006.*

(3)   The plaintiff shall serve reports of his experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on Friday, January 19, 2007*; the defendants shall serve reports of his experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on Friday, March 2, 2007.*

(4)   Expert depositions shall be completed *by the close of business on Thursday, April 10, 2007.*

(5)   Counsel shall report for a further conference on *Tuesday, September 12, 2006 at 2:30 P.M.* at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At said conference, the Court shall hear counsel as to (a) the status of discovery, and (b) whether the case should be referred for mediation.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

April 10, 2006.