UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12708-MLW

| | |
|---|---|
| PHILLIP TRINGALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL MARTIN AND | ) |
| JUMI LEE, | ) |
| | ) |
| Defendants | ) |

PLAINTIFF PHILLIP TRINGALI'S MOTION TO EXPEDITE RESPONSE AND DECISION ON HIS MOTION TO COMPEL DEFENDANTS TO PERMIT HIM TO INSPECT DOCUMENTS

Phillip Tringali respectfully requests this Court to expedite the defendants' response to, and its consideration of, his motion to compel defendants to allow him to inspect documents. In support of this motion, plaintiff states:

1.    Defendants in this matter, Paul Martin and Jumi Lee, have been ordered to produce documents by Friday, May 19, 2006.

2.    Martin and Lee have informed the plaintiff that, pursuant to a competing protective order issued by the Norfolk Superior Court, he will be permitted to review only one of five boxes of documents they intend to produce for inspection on May 16th and 17th, 2006.

3.    As plaintiff's discovery in this matter has already been delayed for months, plaintiff respectfully requests that the plaintiff's be ordered to file a reply to this motion in such time that will allow the Court to issue a decision and order on this matter by the date defendants have scheduled to allow plaintiff's counsel to inspect documents, May 16, 2006.

Dated: May 3, 2006                  RESPECTFULLY SUBMITTED
Plaintiff, Phillip Tringali

//Daniel Treger//
Daniel Treger, Esq.
B.B.O. #562147
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
Tel No.: (617) 367-8787

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, May 3, 2006.

/s/ Daniel Treger

L:\LITG\Trng001\expedite.mot.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12708-MLW

| | |
|---|---|
| PHILLIP TRINGALI, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | |
| PAUL MARTIN AND ) | |
| JUMI LEE, ) | |
|     Defendants ) | |

PLAINTIFF PHILLIP TRINGALI'S CERTIFICATE
PURSUANT TO LOCAL RULE 7.1

    I hereby certify, as counsel for the plaintiff, that on May 2, 2006, I telephoned defendants' counsel and conferred in an attempt to resolve the issues raised in this motion, but that we were unable to do so.

Dated: May 3, 2006

RESPECTFULLY SUBMITTED

/s/Daniel Treger
Daniel Treger, Esq.
B.B.O. #562147
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
Tel No.: (617) 367-8787

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, May 3, 2006.

/s/ Daniel Treger

L:\LITG\Trng001\expedite.rule.7.1.wpd