UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12708-MLW

| | |
|---|---|
| PHILLIP TRINGALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL MARTIN AND | ) |
| JUMI LEE, | ) |
| | ) |
| Defendants | ) |

### PLAINTIFF PHILLIP TRINGALI'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO SERVE ADDITIONAL REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff Phillip Tringali hereby opposes defendants' motion for leave to file further request for production of documents. In support of his opposition, the plaintiff states:

1.  Plaintiff anticipates that the parties will soon stipulate to dismiss this matter, without prejudice.

2.  Defendants have already served two (2) requests for production of documents. They chose to do so without being guided by plaintiff's very exhaustive Rule 26.1 disclosure.

3.  Now they seek to serve additional requests for documents disclosed in plaintiff's rule 26.1 disclosure.

4.  The limits on discovery events is intended to promote efficient discovery. This goal will not be served by allowing defendant to serve document requests without considering what documents are truly necessary.

5.  Defendants are not prejudiced by the denial of this motion. They may obtain any

documents they need by deposing the keeper of the records of S.E.E., Inc.

Wherefore, the plaintiff respectfully requests that defendants' motion be denied.

>Plaintiff, Phillip Tringali
>By his attorney
>
>//Daniel Treger//
>Daniel Treger, Esq.
>B.B.O. #562147
>Phillips & Angley
>One Bowdoin Square
>Boston, MA 02114
>Tel No.: (617) 367-8787

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, June 2, 2006.

                                            *// Daniel Treger//*
                                       _____

L:\LITG\Trng001\compliance.compel.wpd