UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12708-MLW

| | |
|---|---|
| PHILLIP TRINGALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL MARTIN AND | ) |
| JUMI LEE, | ) |
| | ) |
| Defendants | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that this matter be dismissed, without prejudice and without costs.

| Respectfully Submitted: | Respectfully submitted: |
|---|---|
| The Plaintiff, | The Defendants |
| PHILLIP TRINGALI | PAUL MARTIN, JUMI LEE |
| By his attorney, | By their attorney, |
| | |
| //Daniel Treger// | //Roger S. Davis// (by DT) |
| DANIEL TREGER, ESQ. | ROGER S. DAVIS, ESQ. |
| BBO No. 562147 | BBO No. 116320 |
| Phillips & Angley | Davis & Rubin |
| One Bowdoin Square | One Bowdoin Square, Suite 901 |
| Boston, MA 02114 | Boston, MA 02114-2919 |
| (617)367-8787 | (617) 742-4300 |

Dated: June 20, 2006